5/06
Form: Pro Hac Vice

# IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
# FOR THE DISTRICT OF IDAHO

PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians and patients, et al.

v.

RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho, et al.

Case No. 1:23-cv-142-DKG

APPLICATION FOR ADMISSION PRO HAC VICE

Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Meagan Burrows, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Caitlin Gustafson, M.D.; Darin L. Weyhrich, M.D.

The applicant hereby attests as follows:

1. Applicant resides in New York, New York, and practices at the following address and phone number 125 Broad Street, 18th Floor, New York, New York 10013 (212) 549-2633

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts: See Attached

Dates:

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Colleen Smith (ISB No. 10023), a member in good standing of the bar of this court, of the firm of Stris & Maher LLP, practices at the following office address and phone number: 1717 K Street NW, Suite 900, Washington, DC 20006; (202) 800-5749

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 5th day of April, 2023.

s/ Meagan Burrows
Applicant

s/ Colleen Smith
Designee

Signed under penalty of perjury.

**List of Court Admissions for Meagan Burrows**

| Court Name | Admission Date |
| --- | --- |
| New York | April 20, 2015 |
| U.S. Court of Appeals for the Fourth Circuit | September 25, 2020 |
| U.S. Court of Appeals for the Sixth Circuit | October 4, 2017 |
| U.S. Court of Appeals for the Ninth Circuit | September 24, 2021 |
| U.S. Court of Appeals for the Eleventh Circuit | April 22, 2020 |
| U.S. Court of Appeals for the D.C. Circuit | August 15, 2018 |
| U.S. Supreme Court | February 24, 2020 |