5/06
Form: Pro Hac Vice

## IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
## FOR THE DISTRICT OF IDAHO

PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians and patients, et al. )
)
) Case No. 1:23-cv-142-DKG
)
v. )
) APPLICATION FOR ADMISSION
RAÚL LABRADOR, in his official capacity as ) PRO HAC VICE
Attorney General of the State of Idaho, et al. )
)
) Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Ryan Mendias, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Caitlin Gustafson, M.D.; Darin L. Weyhrich, M.D.

The applicant hereby attests as follows:

1. Applicant resides in Queens, New York, and practices at the following address and phone number 125 Broad Street, 18th Floor, New York, New York 10013 (212) 549-2633

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| New York State, Appellate Division, 2nd Department | August 25, 2020 |
| U.S. District Court, Eastern District of New York | September 2, 2022 |
| U.S. Court of Appeals for the Ninth Circuit | March 23, 2023 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Colleen Smith (ISB No. 10023), a member in good standing of the bar of this court, of the firm of Stris & Maher LLP, practices at the following office address and phone number: 1717 K Street NW, Suite 900, Washington, DC 20006; (202) 800-5749

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 5th day of April, 2023.

s/ Ryan Mendias                              s/ Colleen Smith
Applicant                                    Designee

Signed under penalty of perjury.