5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians and patients, et al.

v.

RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho, et al.

Case No. 1:23-CV-142-DKG

APPLICATION FOR ADMISSION PRO HAC VICE

Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Scarlet Kim, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Caitlin Gustafson, M.D.; Darin L. Weyhrich, M.D.

The applicant hereby attests as follows:

1. Applicant resides in Brooklyn, New York, and practices at the following address and phone number 125 Broad Street, 18th Floor, New York, New York 10013 (212) 549-2633

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts: See Attached

Dates:

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Colleen Smith (ISB No. 10023), a member in good standing of the bar of this court, of the firm of Stris & Maher LLP, practices at the following office address and phone number: 1717 K Street NW, Suite 900, Washington, DC 20006; (202) 800-5749

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 5th day of April, 2023.

s/ Scarlet Kim
Applicant

s/ Colleen Smith
Designee

Signed under penalty of perjury.

## **List of Court Admissions for Scarlet Kim**

| Court Name | Admission Date |
|---|---|
| U.S. District Court for the District of Columbia | June 10, 2020 |
| U.S. District Court for the Eastern District of New York | April 5, 2016 |
| U.S. District Court for the Southern District of New York | April 5, 2016 |
| U.S. Court of Appeals for the First Circuit | November 18, 2016 |
| U.S. Court of Appeals for the Second Circuit | January 9, 2018 |
| U.S. Court of Appeals for the Third Circuit | May 19, 2017 |
| U.S. Court of Appeals for the Seventh Circuit | March 3, 2017 |
| U.S. Court of Appeals for the Ninth Circuit | June 8, 2017 |