5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Planned Parenthood Great Northwest, Hawai'i, Alaska, Indiana, Kentucky, et al. ) ) ) | Case No. 1:23-cv-142-DKG |
| v. ) ) | APPLICATION FOR ADMISSION PRO HAC VICE |
| Raúl Labrador, et al. ) ) ) ) | |
| | Fee: $250.00 |

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Catherine P. Humphreville, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Planned Parenthood Great Northwest, Hawai'i, Alaska, Indiana, Kentucky.

The applicant hereby attests as follows:

1. Applicant resides in New York, and practices at the following address and phone number Planned Parenthood Federation of America, 123 William Street, New York, NY 10038, 212-965-7000

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| New York State | 04/05/2017 |
| U.S. District Court, Eastern District of New York | 12/21/2020 |
| U.S. District Court, Southern District of New York | 11/24/2020 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Colleen R. Smith (ISB No. 10023), a member in good standing of the bar of this court, of the firm of Stris & Maher LLP, practices at the following office address and phone number: 1717 K Street NW, Suite 900, Washington, DC 20006, 202-800-5749

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 5th day of April, 2023.

/s/ Catherine P. Humphreville                    /s/ Colleen R. Smith
Applicant                                                      Designee

Signed under penalty of perjury.