5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians and patients et al, )
v. )
RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho et al )

Case No. 1:23-cv-142

APPLICATION FOR ADMISSION PRO HAC VICE

Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, __Peter Neiman__, hereby applies for admission pro hac vice to appear and participate in this case on behalf of __PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians and patients, CAITLIN GUSTAFSON, M.D., on behalf of herself and her patients, and DARIN L. WEYHRICH, M.D., on behalf of himself and his patients__.

The applicant hereby attests as follows:

1. Applicant resides in __New York__, and practices at the following address and phone number __WilmerHale, 7 World Trade Center, New York, NY 10007; (212) 230-8800__

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts:
Please see attached rider for court admissions

Dates:

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. __Colleen R. Smith__, a member in good standing of the bar of this court, of the firm of __Stris & Maher LLP__, practices at the following office address and phone number: __1717 K Street NW, Suite 900, Washington, DC 20006; (202) 800-5749__

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this __5__ day of __April__, 2023.

/s/ Peter Neiman
Applicant

/s/ Colleen R. Smith
Designee

Signed under penalty of perjury.

### List of Court Admissions for Peter Neiman

| Court Name | Admission Date | Bar No. |
|---|---|---|
| New York, Appellate Division, First Department | October 26, 1992 | 2505634 |
| The Supreme Court of the United States | October 5, 2020 | 313535 |
| U.S. Court Of Appeals, First Circuit | April 3, 2020 | 1193693 |
| U.S. Court Of Appeals, Second Circuit | August 12, 1997 | 97-517 |
| U.S. Court Of Appeals, Fifth Circuit | May 14, 2015 | No bar number |
| U.S. Court Of Appeals, Ninth Circuit | July 13, 2010 | No bar number |
| U.S. Court Of Appeals, Tenth Circuit | December 14, 2020 | No bar number |
| New York Southern District Court | December 7, 1993 | No bar number |