5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians and patients et al, )
)
) Case No. 1:23-cv-142
)
v. )
) APPLICATION FOR ADMISSION
RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho et al ) PRO HAC VICE
)
)
) Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Alan E. Schoenfeld , hereby applies for admission pro hac vice to appear and participate in this case on behalf of PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians and patients, CAITLIN GUSTAFSON, M.D., on behalf of herself and her patients, and DARIN L. WEYHRICH, M.D., on behalf of himself and his patients

The applicant hereby attests as follows:

1. Applicant resides in New York , and practices at the following address and phone number WilmerHale, 7 World Trade Center, New York, NY 10007; (212) 230-8800

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts: Please see attached rider for court admissions

Dates:

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Colleen R. Smith , a member in good standing of the bar of this court, of the firm of Stris & Maher LLP , practices at the following office address and phone number: 1717 K Street NW, Suite 900, Washington, DC 20006; (202) 800-5749

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 5 day of April , 2023 .

/s/ Alan Schoenfeld                          /s/ Colleen R. Smith
Applicant                                    Designee

Signed under penalty of perjury.

## List of Court Admissions for Alan E. Schoenfeld

| Court Name | Admission Date | Bar No. |
|---|---|---|
| New York, Appellate Division, First Department | April 17, 2007 | 4500898 |
| New Jersey Supreme Court | November 9, 2018 | 285532018 |
| District of Columbia | March 19, 2021 | 1725277 |
| U.S. District Court for the Southern District of New York | December 17, 2008 | AS0229 |
| U.S. District Court for the Eastern District of New York | April 29, 2009 | AS1783 |
| U.S. District Court for the Western District of New York | June 14, 2019 | No bar number |
| U.S. District Court for the District of New Jersey | December 27, 2018 | 285532018 |
| U.S. District Court for the Eastern District of Michigan | October 4, 2016 | No bar number |
| U.S. District Court for the Eastern District of Wisconsin | August 29, 2016 | 4500898 |
| U.S. Court of Appeals for the First Circuit | February 10, 2011 | 1145020 |
| United States District Court for the District of Columbia | February 4, 2022 | NY0470 |
| U.S. Court of Appeals for the Second Circuit | February 17, 2009 | 09-196355 |
| U.S. Court of Appeals for the Third Circuit | December 20, 2017 | No bar number |
| U.S. Court of Appeals for the Fourth Circuit | October 11, 2017 | No bar number |
| U.S. Court of Appeals for the Fifth Circuit | July 21, 2017 | No bar number |
| U.S. Court of Appeals for the Sixth Circuit | February 10, 2011 | No bar number |
| U.S. Court of Appeals for the Seventh Circuit | November 10, 2017 | No bar number |
| U.S. Court of Appeals for the Ninth Circuit | August 31, 2009 | No bar number |
| U.S. Court of Appeals for the Tenth Circuit | November 26, 2013 | No bar number |
| U.S. Court of Appeals for the Eleventh Circuit | February 15, 2011 | No bar number |

| U.S. Court of Appeals for the D.C. Circuit | October 31, 2013 | No bar number |
| U.S. Court of Appeals for the Federal Circuit | January 4, 2017 | No bar number |
| U.S. Court of Appeals for Veterans Claims | February 22, 2012 | 12-0042 |
| United States Supreme Court | December 6, 2011 | No bar number |