5/06
Form: Pro Hac Vice

## IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
## FOR THE DISTRICT OF IDAHO

PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians and patients et al,

v.

RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho et al

Case No. 1:23-cv-142

APPLICATION FOR ADMISSION PRO HAC VICE

Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Rachel E. Craft, hereby applies for admission pro hac vice to appear and participate in this case on behalf of PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians and patients, CAITLIN GUSTAFSON, M.D., on behalf of herself and her patients, and DARIN L. WEYHRICH, M.D., on behalf of himself and his patients.

The applicant hereby attests as follows:

1. Applicant resides in New York, and practices at the following address and phone number WilmerHale, 7 World Trade Center, New York, NY 10007; (212) 230-8800

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| Massachusetts | 5/24/2019 |
| New York | 6/18/2018 |
| Southern District of New York | 7/20/2018 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Colleen R. Smith, a member in good standing of the bar of this court, of the firm of Stris & Maher LLP, practices at the following office address and phone number: 1717 K Street NW, Suite 900, Washington, DC 20006; (202) 800-5749

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 5 day of April, 2023.

/s/ Rachel Craft
Applicant

/s/ Colleen R. Smith
Designee

Signed under penalty of perjury.