5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

PLANNED PARENTHOOD GREAT NORTHWEST,
HAWAII, ALASKA, INDIANA, KENTUCKY, on
behalf of itself, its staff, physicians and patients et al,

v.

RAÚL LABRADOR, in his official capacity
as Attorney General of the State of Idaho et
al

)
)
)
)
)
)
)
)
)
)

Case No.  1:23-cv-142

APPLICATION FOR ADMISSION
PRO HAC VICE

Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho,
Katherine Mackey , hereby applies for admission pro hac vice to appear and participate

in this case on behalf of PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY,on behalf of itself, its staff, physicians and patients, CAITLIN GUSTAFSON, M.D., on behalf of herself and her patients, and DARIN L. WEYHRICH, M.D., on behalf of himself and his patients .

The applicant hereby attests as follows:

1. Applicant resides in Massachusetts , and practices at the following
address and phone number WilmerHale, 60 State Street, Boston, MA 02109l; (617) 526-6000

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts:
Please see attached rider for court admissions

Dates:

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Colleen R. Smith , a member in good standing of the bar of this court, of the firm of
Stris & Maher LLP , practices at the following office address and phone number:
1717 K Street NW, Suite 900, Washington, DC 20006; (202) 800-5749

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes.  Said designee hereby consents
to this designation by signing this application.

Dated this 5 day of April , 2023 .

/s/ Katherine Mackey
Applicant

/s/ Colleen R. Smith
Designee

Signed under penalty of perjury.

**List of Court Admissions for Katherine Mackey**

| Court Name | Admission Date | Bar No. |
|---|---|---|
| Massachusetts | 11/21/2014 | 691788 |
| New York | 5/11/2015 | 5350517 |
| Southern District of New York | 2/07/2017 | KM1975 |
| Eastern District of New York | 2/16/2017 | KM7190 |
| Second Circuit Court of Appeals | 10/13/2017 | N/A |
| District of Massachusetts | 8/21/2018 | N/A |
| First Circuit Court of Appeals | 06/24/2019 | 1189370 |