RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief of Civil and Constitutional Defense

BRIAN V. CHURCH, ISB #9391
TIMOTHY J. LONGFIELD, ISB #12201
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
brian.church@ag.idaho.gov
timothy.longfield@ag.idaho.gov
*Attorneys for Defendant Raúl Labrador*

## UNITED STATE DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians and patients, CAITLIN GUSTAFSON, M.D., on behalf of herself and her patients, and DARIN L. WEYHRICH, M.D., on behalf of himself and his patients, <br><br>    Plaintiffs, <br><br> v. <br><br> RAÚL LABRADOR, in his capacity as the Attorney General of the State of Idaho; MEMBERS OF THE IDAHO STATE BOARD OF MEDICINE and IDAHO STATE BOARD OF NURSING, in their official capacities, COUNTY PROSECUTING ATTORNEYS, in their official capacities, <br><br>    Defendants. | Case No. 1:23-cv-00142-BLW <br><br> **NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Lincoln Davis Wilson, Chief of Civil Litigation and Constitutional Defense, hereby appears as an attorney of record for Defendant Raúl Labrador. All future pleadings, submissions and correspondence should be addressed to Lincoln Davis Wilson as counsel for Defendant Raúl Labrador.

DATED: April 7, 2023.

> STATE OF IDAHO
> OFFICE OF THE ATTORNEY GENERAL
>
> By:  /s/ *Lincoln Davis Wilson*
>       LINCOLN D. WILSON
>       Chief, Civil Litigation and
>       Constitutional Defense

## CERTIFICATE OF SERVICE

I Hereby Certify that on April 7, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Colleen R. Smith
csmith@stris.com

Jennifer R. Sandman*
jennifer.sandman@ppfa.org

Catherine Peyton Humphreville*
catherine.humphreville@ppfa.org

Michael J. Bartlett
michael@bartlettfrench.com

Dina Flores-Brewer
dfloresbrewer@acluidaho.org

Andrew Beck*
abeck@aclu.org

Meagan Burrows*
mburrows@aclu.org

Ryan Mendías*
rmendias@aclu.org

Scarlet Kim*
scarletk@aclu.org

Peter G. Neiman*
peter.neiman@wilmerhale.com

Alan E. Schoenfeld*
alan.schoenfeld@wilmerhale.com

Michelle Nicole Diamond*
michelle.diamond@wilmerhale.com

Rachel E. Craft*
rachel.craft@wilmerhale.com

Katherine V. Mackey*
katherine.mackey@wilmerhale.com

*Pro hac vice applications forthcoming*

   /s/ *Lincoln Davis Wilson*
Lincoln Davis Wilson
Deputy Attorney General

NOTICE OF APPEARANCE - 3