M. Anthony Sasser, ISB #6071
SASSER LAW OFFICE
110 S. 8th Avenue
Pocatello, Idaho 83201
Telephone: (208) 904-2727
Facsimile: 1-866-559-7606
Email: sasserlawoffice@gmail.com

*Attorney for Madison County Prosecuting Attorney, Rob Wood*

# UNITED STATE DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANNA, KENTUCKY, on behalf of itself, its staff, physicians and patients, CAITLIN GUSTAFSON, M.D., on behalf of herself and her patients, and DARIN L. WEYHRICH, M.D., on behalf of himself and his patients,<br><br>Plaintiffs,<br><br>vs.<br><br>RAUL LABRADOR, in his capacity as the Attorney General of the State of Idaho; MEMBERS OF THE IDAHO STATE BOARD OF MEDICINE and IDAHO STATE BOARD OF NURSING, in their official capacities, COUNTY PROCESUTING ATTORNEYS, in their official capacities,<br><br>Defendants. | Case No.  1:23-cv-00142-BLW<br><br>**NOTICE OF SPECIAL APPEARANCE** |

NOTICE IS HEREBY GIVEN that M. Anthony Sasser, SASSER LAW OFFICE, hereby appears as an attorney of records for Defendant, Madison County Prosecuting Attorney, Rob Wood. All future pleadings, submissions and correspondence should be addressed on Anthony Sasser as counsel for Defendant Madison County.

DATED this 7th day of April, 2023.

                                SASSER LAW OFFICE

                                ___/s/ Anthony Sasser_____
                                M. Anthony Sasser
                                Attorney for Defendant, Madison County, Rob Wood

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of April, 2023, I caused to be served a true and correct copy of the foregoing by CM/ECF, and addressed to the following:

Lincoln Davis Wilson
lincolnwilson@ag.idaho.gov

Brian V. Church
Brian.church@ag.idaho.gov

Timothy J. Longfield
Timothy.longfield@ag.idaho.gov

Colleen R. Smith
csmith@stris.com

Jennifer R. Sandman
jennifer.sandman@ppfa.org

Catherine Peyton Humphreville
catherine.humphreville@ppfa.org

Michael J. Bartlett
michael@bartlettfrench.com

Dina Flores-Brewer
dfloresbrewer@acluidaho.org

Andrew Beck
abeck@aclu.org

Meagan Burrows
mburrows@aclu.org

Ryan Mendías
rmendias@aclu.org

Scarlet Kim
scarletk@aclu.org

Peter G. Neiman
peter.neiman@wilmerhale.com

Alan E. Schoenfeld
alan.schoenfeld@wilmerhale.com

Michelle Nicole Diamond
michelle.diamond@wilmerhale.com

Rachel E. Craft
rachel.craft@wilmerhale.com

Katherine V. Mackey
katherine.mackey@wilmerhale.com

                                          __/s/ Anthony Sasser_____
                                          M. ANTHONY SASSER