AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Idaho

PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians and patients, CAITLIN GUSTAFSON, M.D., on behalf of herself and her patients, and DARIN L. WEYHRICH, M.D., on behalf of himself and his patients,

*Plaintiff(s)*

v.   Civil Action No. 1:23-cv-000142-DKG

RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; MEMBERS OF THE IDAHO STATE BOARD OF MEDICINE and IDAHO STATE BOARD OF NURSING, in their official capacities, COUNTY PROSECUTING ATTORNEYS, in their official capacities,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Raul R. Labrador
Office of the Attorney General State of Idaho
700 W. Jefferson St.
P.O. Box 83720
Boise, ID 83720-0010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Colleen R. Smith (ISB No. 10023)
Stris & Maher LLP
American Civil Liberties Union of Idaho Foundation Cooperating Attorney
1717 K Street NW, Suite 900
Washington, DC 20006
T: 202-800-5749
csmith@stris.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 4/6/2023



United States Courts
District of Idaho
**ISSUED**
Laura McInnes
on Apr 06, 2023 9:49 am

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO (SOUTHERN DIVISION)

Planned Parenthood Great Northwest,
Hawaii, Alaska, Indiana, Kentucky, et al.    Plaintiff(s):

vs.

Raul Labrador, et al.    Defendant(s):

DECLARATION OF SERVICE

Case Number: 1:23-cv-000142-DKG

For:
Bartlett & French PLLP
1002 W. Franklin St.
Boise, ID 83702

Received by Tri-County Process Serving LLC on April 6, 2023 to be served on **RAUL LABRADOR**.

**I, Kasey L. Vink, state that on Thursday, April 6, 2023, at 12:02 PM**, I served the within named person(s) by leaving two true copies of the **Summons in a Civil Action; Complaint; Civil Cover Sheet; Motion for Temporary Restraining Order and Preliminary Injunction; Memorandum of Law in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction; Declaration of Rebecca Gibron; Declaration of Caitlin Gustafson, M.D.; Declaration of Darin L. Weyhrich, M.D.** with David Dewhirst, Chief Deputy Attorney General, a person authorized to accept service on behalf of Raul Labrador. Said service was effected at **700 W. Jefferson St., Ste. C210, Boise, ID 83702**.

I hereby acknowledge that I am a Process Server in the county in which service was effected. I am over the age of eighteen years and not a party to the action. I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Our Reference Number: 202175
Client Reference: Michael J. Bartlett

Friday, April 7, 2023

**TRI-COUNTY PROCESS SERVING LLC**
P.O. Box 1224
Boise, ID, 83701
(208) 344-4132

_Kasey Vink_
**KASEY VINK**