# UNITED STATES DISTRICT COURT
for the

District of Idaho

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians and patients, CAITLIN GUSTAFSON, M.D., on behalf of herself and her patients, and DARIN L. WEYHRICH, M.D., on behalf of himself and his patients,<br><br>*Plaintiff(s)*<br><br>v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; MEMBERS OF THE IDAHO STATE BOARD OF MEDICINE and IDAHO STATE BOARD OF NURSING, in their official capacities, COUNTY PROSECUTING ATTORNEYS, in their official capacities,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:23-cv-00142-DKG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Members of the Idaho State Board of Medicine
Idaho State Board of Medicine
11341 W. Chinden Blvd
Boise, ID 83714

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Colleen R. Smith (ISB No. 10023)
Stris & Maher LLP
American Civil Liberties Union of Idaho Foundation Cooperating Attorney
1717 K Street NW, Suite 900
Washington, DC 20006
T: 202-800-5749
csmith@stris.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: April 6, 2023



**United States Courts
District of Idaho
ISSUED
Jocelyn Dunnegan
on Apr 06, 2023 10:07 am**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO (SOUTHERN DIVISION)

Planned Parenthood Great Northwest,
Hawaii, Alaska, Indiana, Kentucky, et al.     Plaintiff(s):

**DECLARATION OF SERVICE**

vs.

Case Number: 1:23-cv-000142-DKG

Defendant(s):

Raul Labrador, et al.

For:
Bartlett & French PLLP
1002 W. Franklin St.
Boise, ID 83702

Received by Tri-County Process Serving LLC on April 6, 2023 to be served on **IDAHO STATE BOARD OF MEDICINE**.

**I, Kasey L. Vink, state that on Thursday, April 6, 2023, at 2:10 PM**, I served the within named **Idaho State Board of Medicine** by delivering two true copies of the **Summons in a Civil Action; Complaint; Civil Cover Sheet; Motion for Temporary Restraining Order and Preliminary Injunction; Memorandum of Law in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction; Declaration of Rebecca Gibron; Declaration of Caitlin Gustafson, M.D.; Declaration of Darin L. Weyhrich, M.D.** to David Dewhirst, Chief Deputy Attorney General, a person authorized to accept service on behalf of Idaho State Board of Medicine. Said service was effected at **Attorney General's Office, 700 W. Jefferson St., Ste. C210, Boise, ID 83702**.

I hereby acknowledge that I am a Process Server in the county in which service was effected. I am over the age of eighteen years and not a party to the action. I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Our Reference Number: 202176
Client Reference: Michael J. Bartlett

Friday, April 7, 2023

**TRI-COUNTY PROCESS SERVING LLC**
P.O. Box 1224
Boise, ID, 83701
(208) 344-4132

_Kasey Vink_
**KASEY VINK**