Colleen R. Smith (ISB No. 10023)
Stris & Maher LLP
American Civil Liberties Union of
  Idaho Foundation Cooperating Attorney
1717 K Street NW, Suite 900
Washington, DC 20006
T: 202-800-5749
csmith@stris.com

Katherine V. Mackey*
Wilmer Cutler Pickering
  Hale and Dorr LLP
60 State Street
Boston, MA 02109
T: 617-526-6993
F: 617-526-5000
katherine.mackey@wilmerhale.com

Peter G. Neiman*
Alan E. Schoenfeld*
Michelle Nicole Diamond*
Rachel E. Craft*
Wilmer Cutler Pickering
  Hale and Dorr LLP
7 World Trade Center
New York, NY 10007
T: 212-230-8800
F: 212-230-8888
peter.neiman@wilmerhale.com
alan.schoenfeld@wilmerhale.com
michelle.diamond@wilmerhale.com
rachel.craft@wilmerhale.com

*Attorneys for Plaintiffs*

*Additional counsel for Plaintiffs
identified on following page*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO
## SOUTHERN DIVISION

| | |
|---|---|
| **PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY**, on behalf of itself, its staff, physicians and patients, **CAITLIN GUSTAFSON, M.D.**, on behalf of herself and her patients, and **DARIN L. WEYHRICH, M.D.**, on behalf of himself and his patients,<br><br>      Plaintiffs,<br><br>  v.<br><br>**RAÚL LABRADOR**, in his official capacity as Attorney General of the State of Idaho; **MEMBERS OF THE IDAHO STATE BOARD OF MEDICINE** and **IDAHO STATE BOARD OF NURSING**, in their official capacities, **COUNTY PROSECUTING ATTORNEYS**, in their official capacities,<br><br>      Defendants. | Case No. 1:23-cv-142<br><br>**MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATIONS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

Jennifer R. Sandman*
Catherine Peyton Humphreville*
Planned Parenthood Federation of America
123 William Street
New York, NY 10038
212-965-7000
jennifer.sandman@ppfa.org
catherine.humphreville@ppfa.org

Michael J. Bartlett (ISB No. 5496)
Bartlett & French LLP
1002 W Franklin St.
Boise, Idaho 83702
T: 208-629-2311
F: 208-629-2460 (fax)
Michael@BartlettFrench.com

*Attorneys for Plaintiff Planned Parenthood Great Northwest, Hawaii, Alaska, Indiana, Kentucky*

Dina Flores-Brewer (ISB No. 6141)
American Civil Liberties Union of
   Idaho Foundation
P.O. Box 1897
Boise, ID 83701
T: 208-344-9750
DFloresBrewer@acluidaho.org

Andrew Beck*
Meagan Burrows*
Ryan Mendías*
Scarlet Kim*
American Civil Liberties Union
Foundation
125 Broad Street, 18th Floor
New York, NY 10004
T: 212-549-2633
F: 212-549-2649
abeck@aclu.org
mburrows@aclu.org
rmendias@aclu.org
scarletk@aclu.org

*Attorneys for Physician Plaintiffs*

*Admitted pro hac vice

COME NOW, Plaintiffs Planned Parenthood Great Northwest, Hawaii, Alaska, Indiana, Kentucky, Caitlin Gustafson, M.D., and Darin L. Weyhrich, M.D., by and through their attorneys of record, hereby submit this Motion for Leave to File Supplemental Declarations in Support of Motion for Preliminary Injunction, submitted herewith as *Declaration of Rachel Craft in Support of Motion for a Preliminary Injunction*, *Supplemental Declaration of Rebecca Gibron in Support of Motion for a Preliminary Injunction*, *Supplemental Declaration of Caitlin Gustafson in Support of Motion for a Preliminary Injunction*, and *Supplemental Declaration of Darin L. Weyhrich in Support of Motion for a Preliminary Injunction* for the following reasons:

After Plaintiffs filed their Complaint (ECF No. 1) and Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 2), Defendant Attorney General Raúl Labrador "withdrew" on procedural grounds his letter of March 27, 2023, setting forth his interpretation of Idaho's criminal prohibitions on abortion. (ECF No. 1, Ex. 1). The supplemental declarations (attached hereto as Exhibits 1 to 4) explain that each plaintiff's constitutionally protected speech and capacity to provide abortion care wholly outside of Idaho continue to be chilled by the Attorney General's interpretation, the substance of which the Attorney General has chosen not to renounce.

Such Supplemental Declarations are submitted in further support of Plaintiffs' Motion for a Preliminary Injunction (ECF No. 2).

RESPECTFULLY SUBMITTED this 13th day of April, 2023.

/s/ Colleen R. Smith
Colleen R. Smith (ISB No. 10023)

Jennifer R. Sandman*
Catherine Peyton Humphreville*
Planned Parenthood Federation of America
123 William Street
New York, NY 10038
T: 212-965-7000
jennifer.sandman@ppfa.org
catherine.humphreville@ppfa.org

Michael J. Bartlett (ISB No. 5496)
Bartlett & French LLP
1002 W Franklin St.
Boise, Idaho 83702
T: 208-629-2311
F: 208-629-2460 (fax)
Michael@BartlettFrench.com

*Attorneys for Plaintiff Planned Parenthood Great Northwest, Hawaii, Alaska, Indiana, Kentucky*

Andrew Beck*
Meagan Burrows*
Ryan Mendías*
Scarlet Kim*
American Civil Liberties
   Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
T: 212-549-2633
F: 212-549-2649
abeck@aclu.org
mburrows@aclu.org
rmendias@aclu.org
scarletk@aclu.org

Dina Flores-Brewer (ISB No. 6141)
American Civil Liberties Union of
   Idaho Foundation
P.O. Box 1897
Boise, ID 83701
T: 208-344-9750
DFloresBrewer@acluidaho.org

*Attorneys for Physician Plaintiffs*

Colleen R. Smith (ISB No. 10023)
Stris & Maher LLP
American Civil Liberties Union of
   Idaho Foundation Cooperating Attorney
1717 K Street NW, Suite 900
Washington, DC 2006
T: 202-800-5749
csmith@stris.com

Katherine V. Mackey*
Wilmer Cutler Pickering
   Hale and Dorr LLP
60 State Street
Boston, MA 02109
T: 617-526-6993
F: 617-526-5000
katherine.mackey@wilmerhale.com

Peter G. Neiman*
Alan E. Schoenfeld*
Michelle Nicole Diamond*
Rachel E. Craft*
Wilmer Cutler Pickering
   Hale and Dorr LLP
7 World Trade Center
New York, NY 10007
T: 212-230-8800
F: 212-230-8888
peter.neiman@wilmerhale.com
alan.schoenfeld@wilmerhale.com
michelle.diamond@wilmerhale.com
rachel.craft@wilmerhale.com

*Attorneys for Plaintiffs*
*\* Admitted pro hac vice*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 13, 2023, I filed the foregoing electronically though the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

>Raul R. Labrador
>Office of the Attorney General State of Idaho
>700 W. Jefferson St.
>P.O. Box 83720
>Boise, ID 83720-0010

And I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF registered participants via U.S. first class mail, postage prepaid addressed as follows:

>Members of the Idaho State Board of Medicine
>Idaho State Board of Medicine
>11341 W. Chinden Blvd
>Boise, ID 83714

>Members of the Idaho State Board of Nursing
>Idaho State Board of Nursing
>11341 W. Chinden Blvd.
>Boise, ID 83714

>Jan M. Bennetts
>Ada County Prosecuting Attorney
>Adan County Prosecutor's Office
>200 West Front Street, Room 3191
>Boise, ID 83702

>Christopher D. Boyd.
>Adams County Prosecuting Attorney
>P.O. Box 604
>Council, ID 83612

>Stephen F. Herzog
>Bannock County Prosecuting Attorney
>624 E Center St, Room 204
>Pocatello, ID 83201

>Adam McKenzie

Bear Lake County Prosecuting Attorney
Bear Lake County Courthouse 30 N Main
P.O. Box 190
Paris, ID 83261

Mariah R. Dunham
Benewah County Prosecuting Attorney
701 W College Ave., Suite 201
St. Maries, Idaho 83861

Paul Rogers
Bingham County Prosecuting Attorney
501 N Maple.
Blackfoot, Idaho

Matt Fredback
Blaine County Prosecuting Attorney
219 South 1st Avenue
Suite 201
Hailey, ID 83333

Adam Strong
Boise County Appointed Prosecuting Attorney
406 Montgomery Street
P.O. Box 186
Idaho City, Idaho 83631

Louis Marshall
Bonner County Prosecuting Attorney
1500 Highway 2
Sandpoint, ID 83864

Randy Neal
Bonneville County Prosecuting Attorney
605 N Capital Ave.
Idaho Falls, Idaho 83402

Andrakay J. Pluid
Boundary County Prosecuting Attorney
6452 Kootenai Street, Room 12
P.O. Box 1148
Bonners Ferry, ID 83805
Steve Stephens
Butte County Prosecuting Attorney
P.O. Box 736
Arco, ID 83213

Jim Thomas
Camas County Prosecuting Attorney
501 Soldier Road
P.O. Box 160
Fairfield, ID 83327

Bryan Taylor
Canyon County Prosecuting Attorney
1115 Albany St
Caldwell, ID 83605

S. Doug Wood
Caribou County Prosecuting Attorney
159 South Main
Soda Springs, ID 83276

McCord Larsen
Cassia County Prosecuting Attorney
1459 Overland Ave. 3rd Floor
P.O. Box 7
Burley, ID 83318

Craig Simpson
Clark County Prosecuting Attorney
P.O. Box 2869
Idaho Falls, ID.

E. Clayne Tyler
Clearwater County Prosecuting Attorney
106 Michigan Ave
Orofino, ID 83544

Justin Oleson
Custer County Prosecuting Attorney
521 E. Main Ave.
PO Box 630
Challis, ID  83226-0630

Shondi Lott
Elmore County Prosecuting Attorney
Elmore County Courthouse Annex
190 South 4th East
Mountain Home Idaho 83647

Vic A. Pearson

Franklin County Prosecuting Attorney
Franklin County Prosecuting Attorney's Office
39 West Oneida
Preston, ID 83263

Lindsey Blake
Fremont County Prosecuting Attorney
22 W. 1st North, St.
St. Anthony, ID 83445

Erick Thomson
Gem County Prosecuting Attorney
306 E. Main St.
Emmett, ID 83617

Trevor Misseldine
Gooding County Prosecuting Attorney
624 Main Street
Gooding, ID 83330

Kirk A MacGregor
Idaho County Prosecutor
416 West Main Street
PO Box 463
Grangeville, Idaho 83530

Mark Taylor
Jefferson County Prosecuting Attorney
Jefferson County Courthouse
210 Courthouse Way Suite 220
Rigby, ID 83442

Brad Calbo
Jerome County Prosecuting Attorney
Jerome County Judicial Annex
233 W Main St
Jerome, ID 83338

Stanley Mortensen
Kootenai County Prosecuting Attorney
501 Government Way
Coeur d'Alene, ID 83814

Bill Thompson
Latah County Prosecuting Attorney
Latah County Courthouse

522 S Adams Street
Moscow, ID 83843

Paul Withers
Lemhi County Prosecutor
1301 Main Street, Suite 6
Salmon, ID 83467

Zachary Pall
Lewis County Prosecutor
Lewis County Courthouse
510 Oak Street #2
Nezperce, ID 83543

Richard Roats
Lincoln County Prosecuting Attorney
111 West B Street
P.O. Box 860
Shoshone, ID  83352

Rob Wood
Madison County Prosecuting Attorney
Madison County Clerk's Office
134 E Main Street
Rexburg, ID 83440

Lance Stevenson
Minidoka County Prosecuting Attorney
P.O. Box 368
Rupert, ID 83350

Justin Coleman
Nez Perce County Prosecuting Attorney
1113 F Street
Lewiston, ID 83501

Cody L. Brower
Oneida County Prosecuting Attorney
10 W. Court Street
Malad, ID 83252

Christopher Topmiller
Owyhee County Prosecuting Attorney
P.O. Box 128
Murphy, ID 83650

Mike Duke
Payette County Prosecuting Attorney
1115 1st. Ave. N.
Payette, ID 83661

Jason E. "Mack" Mackrill
Power County Prosecuting Attorney
Power County Courthouse
543 Bannock Ave.
American Falls, ID 83211

Ben Allen
Shoshone County Prosecuting Attorney
Shoshone County Courthouse
700 Bank Street, Suite 200
Wallace, ID 83873

Bailey A. Smith
Teton County Prosecuting Attorney
Law Enforcement Center
230 N Main Street, Suite 125
Driggs, ID 83422

Grant P. Loebs
Twin Falls County Prosecuting Attorney
425 Shoshone St. North
Third Floor
P. O. Box 126
Twin Falls, ID 83303-0126

Brian Naugle
Valley County Prosecuting Attorney
Valley County Courthouse
219 N. Main Street
Cascade, ID 83611

Delton L. Walker
Washington County Prosecuting Attorney
Walker Law Office
232 E Main Street
Weiser, ID 83672

/s/ Colleen R. Smith
Colleen R. Smith (ISB No. 10023)