RAÚL R. LABRADOR
ATTORNEY GENERAL

Lincoln Davis Wilson, ISB #11860
Chief of Civil and Constitutional Defense

Brian V. Church, ISB #9391
Timothy J. Longfield, ISB #12201
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
brian.church@ag.idaho.gov
timothy.longfield@ag.idaho.gov

*Attorneys for Defendants Raúl Labrador; and Prosecutors for Ada, Adams, Boise, Boundary, Camas, Cassia, Clearwater, Gooding, Jefferson, Madison, Minidoka, Oneida, Shoshone, Twin Falls, and Valley Counties*

**UNITED STATE DISTRICT COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians and patients, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his capacity as the Attorney General of the State of Idaho, *et al*,<br><br>Defendants. | Case No. 1:23-cv-00142-BLW<br><br>**AMENDED NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Lincoln Davis Wilson, Chief of Civil Litigation and Constitutional Defense, hereby appears as an attorney of record for Defendants Raúl Labrador; Jan Bennetts, Ada County Prosecutor; Chris Boyd, Adams

AMENDED NOTICE OF APPEARANCE – 1

County Prosecutor; Alex Gross, Boise County Prosecutor; Andrakay Pluid, Boundary County Prosecutor; Jim Thomas, Camas County Prosecutor; McCord Larsen, Cassia County Prosecutor; E. Clayne Tyler, Clearwater County Prosecutor; Trevor Misseldine, Gooding County Prosecutor; Mark Taylor, Jefferson County Prosecutor; Rob Wood, Madison County Prosecutor; Lance Stevenson, Minidoka County Prosecutor; Cody Brower, Oneida County Prosecutor; Benjamin Allen, Shoshone County Prosecutor; Grant Loebs, Twin Falls County Prosecutor; and Brian Naugle, Valley County Prosecutor.  All future pleadings, submissions and correspondence should be addressed to Lincoln Davis Wilson as counsel for the aforementioned Defendants.

DATED: April 13, 2023.

                STATE OF IDAHO
                OFFICE OF THE ATTORNEY GENERAL

By:   /s/ *Lincoln Davis Wilson*
       LINCOLN D. WILSON
       Chief, Civil Litigation and
       Constitutional Defense

## **CERTIFICATE OF SERVICE**

      I Hereby Certify that on April 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Colleen R. Smith
csmith@stris.com

Jennifer R. Sandman*
jennifer.sandman@ppfa.org

Catherine Peyton Humphreville*
catherine.humphreville@ppfa.org

Michael J. Bartlett
michael@bartlettfrench.com

Dina Flores-Brewer
dfloresbrewer@acluidaho.org

Andrew Beck*
abeck@aclu.org

Meagan Burrows*
mburrows@aclu.org

Ryan Mendías*
rmendias@aclu.org

Scarlet Kim*
scarletk@aclu.org

Peter G. Neiman*
peter.neiman@wilmerhale.com

Alan E. Schoenfeld*
alan.schoenfeld@wilmerhale.com

Michelle Nicole Diamond*
michelle.diamond@wilmerhale.com

Rachel E. Craft*
rachel.craft@wilmerhale.com

Katherine V. Mackey*
katherine.mackey@wilmerhale.com

      *Pro hac vice*

      /s/ *Lincoln Davis Wilson*
      Lincoln Davis Wilson
      Deputy Attorney General