RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief of Civil Litigation and Constitutional Defense

BRIAN V. CHURCH, ISB #9391
TIMOTHY J. LONGFIELD, ISB #12201
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
brian.church@ag.idaho.gov
timothy.longfield@ag.idaho.gov
*Attorneys for Defendant Raúl Labrador
and Certain County Prosecuting Attorneys*

## UNITED STATE DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians and patients, CAITLIN GUSTAFSON, M.D., on behalf of herself and her patients, and DARIN L. WEYHRICH, M.D., on behalf of himself and his patients, <br><br>         Plaintiffs, <br><br> v. <br><br> RAÚL LABRADOR, in his capacity as the Attorney General of the State of Idaho; MEMBERS OF THE IDAHO STATE BOARD OF MEDICINE and IDAHO STATE BOARD OF NURSING, in their official capacities, COUNTY PROSECUTING ATTORNEYS, in their official capacities, <br><br>         Defendants. | Case No. 1:23-cv-00142-BLW <br><br> **DEFENDANTS' MOTION TO DISMISS** |

DEFENDANTS' MOTION TO DISMISS - 1

Defendants Attorney General Raúl Labrador and certain County Prosecuting Attorneys noted below hereby move to dismiss this action under Federal Rules of Civil Procedure 12(b)(1) under the expedited briefing schedule set by the Court.  *See* Dkt. 30.  In support of this motion, Defendants submit the accompanying memorandum of law, which sets forth the reasons supporting dismissal of this action and denial of Plaintiffs' motion for a preliminary injunction.

DATED:  April 14, 2023.

        STATE OF IDAHO
        OFFICE OF THE ATTORNEY GENERAL

By:    */s/ Lincoln Davis Wilson*
       LINCOLN DAVIS WILSON
       Chief, Civil Litigation and
       Constitutional Defense
       BRIAN V. CHURCH
       TIMOTHY LONGFIELD
       Deputy Attorneys General

*Attorneys for Defendants Attorney General Raúl Labrador and Certain County Prosecuting Attorneys*[1]

---

[1] Jan Bennetts, Ada County Prosecutor; Chris Boyd, Adams County Prosecutor; Alex Gross, Boise County Prosecutor; Andrakay Pluid, Boundary County Prosecutor; Jim Thomas, Camas County Prosecutor; McCord Larsen, Cassia County Prosecutor; Trevor Misseldine, Gooding County Prosecutor; Mark Taylor, Jefferson County Prosecutor; Rob Wood, Madison County Prosecutor; Lance Stevenson, Minidoka County Prosecutor; Cody Brower, Oneida County Prosecutor; Benjamin Allen, Shoshone County Prosecutor; Grant Loebs, Twin Falls County Prosecutor; and Brian Naugle, Valley County Prosecutor.

## CERTIFICATE OF SERVICE

I Hereby Certify that on April 14, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Colleen R. Smith
csmith@stris.com

Peter G. Neiman*
peter.neiman@wilmerhale.com

Jennifer R. Sandman*
jennifer.sandman@ppfa.org

Alan E. Schoenfeld*
alan.schoenfeld@wilmerhale.com

Catherine Peyton Humphreville*
catherine.humphreville@ppfa.org

Michelle Nicole Diamond*
michelle.diamond@wilmerhale.com

Michael J. Bartlett
michael@bartlettfrench.com

Rachel E. Craft*
rachel.craft@wilmerhale.com

Dina Flores-Brewer
dfloresbrewer@acluidaho.org

Katherine V. Mackey*
katherine.mackey@wilmerhale.com

Andrew Beck*
abeck@aclu.org

Meagan Burrows*
mburrows@aclu.org

Ryan Mendías*
rmendias@aclu.org

Scarlet Kim*
scarletk@aclu.org

*Pro hac vice

 /s/ Lincoln Davis Wilson
Lincoln Davis Wilson
Chief, Civil Litigation and
Constitutional Defense