RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief of Civil and Constitutional Defense

BRIAN V. CHURCH, ISB #9391
TIMOTHY J. LONGFIELD, ISB #12201
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
brian.church@ag.idaho.gov
timothy.longfield@ag.idaho.gov
*Attorneys for Defendant Raúl Labrador
and Certain County Prosecuting Attorneys*

## UNITED STATE DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians and patients, CAITLIN GUSTAFSON, M.D., on behalf of herself and her patients, and DARIN L. WEYHRICH, M.D., on behalf of himself and his patients,<br><br>    Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his capacity as the Attorney General of the State of Idaho; MEMBERS OF THE IDAHO STATE BOARD OF MEDICINE and IDAHO STATE BOARD OF NURSING, in their official capacities, COUNTY PROSECUTING ATTORNEYS, in their official capacities,<br><br>    Defendants. | Case No. 1:23-cv-00142-BLW<br><br>**DECLARATION OF RUSSELL S. BARRON** |

**EXHIBIT 2**

DECLARATION OF RUSSELL S. BARRON - 1

I, RUSSELL S. BARRON, declare and state as follows:

1. I am the Division Administrator with the Idaho Division of Occupational and Professional Licenses (DOPL), which oversees the Idaho State Board of Medicine and Idaho State Board of Nursing. My responsibilities include those duties set forth in Chapter 26, Title 67, Idaho Code and include administering the laws regulating the professions within DOPL.

2. The Idaho Attorney General did not at any time furnish a copy of the March 27, 2023 Letter to Brent Crane to DOPL or its constituent boards or otherwise advise the same with regard to any of the matters referred to in that letter.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 13, 2023.

By: _____
RUSSELL S. BARRON

## **CERTIFICATE OF SERVICE**

I Hereby Certify that on April 14, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Colleen R. Smith
csmith@stris.com

Jennifer R. Sandman*
jennifer.sandman@ppfa.org

Catherine Peyton Humphreville*
catherine.humphreville@ppfa.org

Michael J. Bartlett
michael@bartlettfrench.com

Dina Flores-Brewer
dfloresbrewer@acluidaho.org

Andrew Beck*
abeck@aclu.org

Meagan Burrows*
mburrows@aclu.org

Ryan Mendías*
rmendias@aclu.org

Scarlet Kim*
scarletk@aclu.org

Peter G. Neiman*
peter.neiman@wilmerhale.com

Alan E. Schoenfeld*
alan.schoenfeld@wilmerhale.com

Michelle Nicole Diamond*
michelle.diamond@wilmerhale.com

Rachel E. Craft*
rachel.craft@wilmerhale.com

Katherine V. Mackey*
katherine.mackey@wilmerhale.com

*Pro hac vice*

   /s/ *Lincoln Davis Wilson*
   Lincoln Davis Wilson
   Chief, Civil Litigation and
   Constitutional Defense

Declaration of Russell S. Barron - 3