

# STATE OF IDAHO
### OFFICE OF THE ATTORNEY GENERAL
### RAÚL R. LABRADOR

April 7, 2023

Representative Brent Crane
Idaho House of Representatives
Idaho State Capitol
700 W. Jefferson Street, Rm. EW46
Boise, ID 83702
NON-PRIVILEGED COMMUNICATION

*Re: Withdrawal of March 27 Letter*

Representative Crane:

On March 27, 2023, I provided you with a letter analysis of several questions prepared by my Associate Attorney General. Since then, the letter analysis has been mischaracterized as law enforcement guidance sent out publicly to local prosecutors and others. It was not a guidance document, nor was it ever published by the Office of the Attorney General.

Due to subsequent events in the legislative process and my determination that your request was not one I was required to provide under Idaho law, that analysis is now void. Accordingly, I hereby withdraw it.

First, the March 27 analysis is now moot because it relates to a law that has been significantly altered by intervening legislation. The day after I issued the analysis, the Legislature introduced HB374 to amend Idaho's laws concerning the legal definition and proscription of abortion that my analysis summarily addressed. That legislation passed on March 31, 2023, and was enacted upon the Governor's signature on April 6, 2023. The amendment of the existing statute by HB374 vitiates the "question of law" upon which you asked me to opine, rendering the letter void. Idaho Code § 67-1401(6).

Second and troublingly, further examination of your request suggests it was not an authorized request for an Attorney General's Opinion as contemplated by Idaho Code § 67-1401(6). You were not asking for an opinion related to your duties as a legislator but were merely acting as a pass-through "requestor." State law

EXECUTIVE OFFICE
P.O. BOX 83720, BOISE, IDAHO 83720-0010
TELEPHONE: (208) 334-2400, FAX: (208) 854-8071
LOCATED AT 700 W. JEFFERSON STREET, SUITE 210

EXHIBIT 3

authorizes the Attorney General to render an opinion when requested by, inter alia, "any senator or representative," *id.*, on questions of law related to their respective offices. As a result, the letter is withdrawn, and the resulting analysis is void.

Indeed, the subsequent use of the analysis illustrates the problems that arise when the Attorney General Opinion process is misused. Immediately after I transmitted this attorney-client letter to you, it was publicly posted by a nongovernmental third party who requested it in service of a political fundraising plea. This is precisely why I have sought to reform the opinion process and simply stick to a textualist reading of Idaho Code § 67-1401(6).

Again, for these reasons the March 27, 2023 letter is void in its entirety. It does not represent the views of the Attorney General on any question of Idaho law.

Respectfully,

*[signature]*

RAÚL R. LABRADOR
Attorney General