AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians and patients, CAITLIN GUSTAFSON, M.D., on behalf of herself and her patients, and DARIN L. WEYHRICH, M.D., on behalf of himself and his patients, <br><br> *Plaintiff(s)* <br><br> v. <br><br> RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; MEMBERS OF THE IDAHO STATE BOARD OF MEDICINE and IDAHO STATE BOARD OF NURSING, in their official capacities, COUNTY PROSECUTING ATTORNEYS, in their official capacities, <br><br> *Defendant(s)* | Civil Action No. 1:23-cv-142 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Craig Simpson
Clark County Prosecuting Attorney
P.O. Box 2869
Idaho Falls, ID.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Colleen R. Smith (ISB No. 10023)
Stris & Maher LLP
American Civil Liberties Union of Idaho Foundation Cooperating Attorney
1717 K Street NW, Suite 900
Washington, DC 20006
T: 202-800-5749
csmith@stris.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 04/06/2023



United States Courts
District of Idaho
**ISSUED**
*Laura McInnes*
*on Apr 06, 2023 10:09 am*

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF IDAHO

Planned Parenthood Great Northwest,
Hawaii, Alaska, Indiana, Kentucky, et al.     Plaintiff(s)

**DECLARATION OF SERVICE**

vs.

Defendant(s):

Case Number: 1:23-cv-00142-DKG

Raul Labrador, et al.

COMES NOW, __Marc Jorgensen__, hereby declares and says: That I am over the age of eighteen (18) years, and not a party to the action or related to any of the parties in the above entitled action I received a true copy of the **Summons in a Civil Action; Complaint; Motion for Temporary Restraining Order and Preliminary Injunction** and delivered the same upon **Clark County Prosecuting Attorney** by delivering to and leaving with:

(Name) __Janna Birch__  (Title) __Prosecutor__
a person authorized to accept service on behalf of **Clark County Prosecuting Attorney**

At:(Address) __477 Shoup Ave, Ste. 109__

(City, State, Zip) __Idaho Falls ID 83401__

on the __12th__ day of __April__, 2023, at __2:40__ o'clock __P__.m.

I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

(Date) __4/12/23__

_____
PROCESS SERVER

Our Reference Number: 202267
Client Reference: > Rachel Craft