AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians and patients, CAITLIN GUSTAFSON, M.D., on behalf of herself and her patients, and DARIN L. WEYHRICH, M.D., on behalf of himself and his patients,<br>*Plaintiff(s)*<br>v.<br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; MEMBERS OF THE IDAHO STATE BOARD OF MEDICINE and IDAHO STATE BOARD OF NURSING, in their official capacities, COUNTY PROSECUTING ATTORNEYS, in their official capacities,<br>*Defendant(s)* | Civil Action No. 1:23-cv-00142-DKG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jan M. Bennetts
Ada County Prosecuting Attorney
Ada County Prosecutor's Office
200 West Front Street, Room 3191
Boise, ID 83702

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Colleen R. Smith (ISB No. 10023)
Stris & Maher LLP
American Civil Liberties Union of Idaho Foundation Cooperating Attorney
1717 K Street NW, Suite 900
Washington, DC 20006
T: 202-800-5749
csmith@stris.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**United States Courts
District of Idaho
ISSUED**
*Laura McInnes
on Apr 06, 2023 9:50 am*

Date: 04/06/2023

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF IDAHO

Planned Parenthood Great Northwest,
Hawaii, Alaska, Indiana, Kentucky, et al.   Plaintiff(s):

**DECLARATION OF SERVICE**

vs.

Defendant(s):

Case Number: 1:23-cv-00142-DKG

Raul Labrador, et al.

For:
Bartlett & French PLLP
1002 W. Franklin St.
Boise, ID 83702

Received by Tri-County Process Serving LLC on April 11, 2023 to be served on **ADA COUNTY PROSECUTING ATTORNEY**.

**I, Kasey L. Vink, state that on Tuesday, April 11, 2023, at 3:05 PM**, I served the within named **Ada County Prosecuting Attorney** by delivering a true copy of the **Summons in a Civil Action; Complaint; Motion for Temporary Restraining Order and Preliminary Injunction** to Monica Devroude, Legal Assistant Supervisor, a person authorized to accept service on behalf of Ada County Prosecuting Attorney. Said service was effected at **200 W. Front St., Rm. 3191, Boise, ID 83702**.

Approximate description of Monica Devroude
Female  55 years old,  5' 7" Tall,  150 lbs,  Grey Hair,  Hazel eyes.

I hereby acknowledge that I am a Process Server in the county in which service was effected. I am over the age of eighteen years and not a party to the action. I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Our Reference Number: 202254
Client Reference: Rachel Craft

Monday, April 17, 2023

**TRI-COUNTY PROCESS SERVING LLC**
P.O. Box 1224
Boise, ID, 83701
(208) 344-4132

_____
**KASEY VINK**