Case 1:23-cv-00142-DKG Document 16-18 Filed 04/06/23 Page 1 of 2
Case 1:23-cv-00142-BLW Document 63 Filed 04/06/23 Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians and patients, CAITLIN GUSTAFSON, M.D., on behalf of herself and her patients, and DARIN L. WEYHRICH, M.D., on behalf of himself and his patients, <br><br> *Plaintiff(s)* <br><br> v. <br><br> RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; MEMBERS OF THE IDAHO STATE BOARD OF MEDICINE and IDAHO STATE BOARD OF NURSING, in their official capacities, COUNTY PROSECUTING ATTORNEYS, in their official capacities, <br><br> *Defendant(s)* | Civil Action No. 1:23-cv-00142-DKG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Delton L. Walker
Washington County Prosecuting Attorney
Walker Law Office
232 E Main Street
Weiser, ID 83672

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Colleen R. Smith (ISB No. 10023)
Stris & Maher LLP
American Civil Liberties Union of Idaho Foundation Cooperating Attorney
1717 K Street NW, Suite 900
Washington, DC 20006
T: 202-800-5749
csmith@stris.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



United States Courts
District of Idaho
**ISSUED**
Laura McInnes
on Apr 06, 2023 10:09 am

Date: 04/06/2023

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF IDAHO

Planned Parenthood Great Northwest,
Hawaii, Alaska, Indiana, Kentucky, et al.    Plaintiff(s):

**DECLARATION OF SERVICE**

vs.

Defendant(s):

Case Number: 1:23-cv-00142-DKG

Raul Labrador, et al.

For:
Bartlett & French PLLP
1002 W. Franklin St.
Boise, ID 83702

Received by Tri-County Process Serving LLC on April 11, 2023 to be served on **WASHINGTON COUNTY PROSECUTING ATTORNEY**.

**I, Marsha Wilson, state that on Thursday, April 13, 2023, at 11:50 AM**, I served the within named **Washington County Prosecuting Attorney** by delivering a true copy of the **Summons in a Civil Action; Complaint; Motion for Temporary Restraining Order and Preliminary Injunction** to Delton L. Walker, Washington County Prosecuting Attorney, a person authorized to accept service on behalf of Washington County Prosecuting Attorney. Said service was effected at **232 E. Main St., Weiser, ID 83672**.

Approximate description of Delton L. Walker
 Male  ~50 years old,  5' 9"  Tall,  160 lbs,  Brown  Hair,

I hereby acknowledge that I am a Process Server in the county in which service was effected. I am over the age of eighteen years and not a party to the action. I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

Our Reference Number: 202268
Client Reference: > Rachel Craft

Friday, April 14, 2023

TRI-COUNTY PROCESS SERVING LLC
P.O. Box 1224
Boise, ID, 83701
(208) 344-4132

MARSHA WILSON