RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief of Civil and Constitutional Defense

BRIAN V. CHURCH, ISB #9391
TIMOTHY J. LONGFIELD, ISB #12201
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
brian.church@ag.idaho.gov
timothy.longfield@ag.idaho.gov
*Attorneys for Defendant Raúl Labrador and
Certain County Prosecuting Attorneys*

## UNITED STATE DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians and patients, CAITLIN GUSTAFSON, M.D., on behalf of herself and her patients, and DARIN L. WEYHRICH, M.D., on behalf of himself and his patients,<br><br>    Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his capacity as the Attorney General of the State of Idaho; MEMBERS OF THE IDAHO STATE BOARD OF MEDICINE and IDAHO STATE BOARD OF NURSING, in their official capacities, COUNTY PROSECUTING ATTORNEYS, in their official capacities,<br><br>    Defendants. | Case No. 1:23-cv-00142-BLW<br><br>**SECOND DECLARATION OF LINCOLN DAVIS WILSON** |

I, LINCOLN DAVIS WILSON, declare and state as follows:

1. I am a Deputy Attorney General and Chief of Civil Litigation and Constitutional Defense for the Idaho Attorney General.

2. Attached hereto as Exhibit 4 is a true and correct copy of the Opinion Policy of the Idaho Office of the Attorney General, effective February 24, 2023.

3. In briefing and declarations submitted in this matter, Plaintiffs have made representations about statements I made on a telephone call on April 10, 2023.

4. I have reviewed my contemporaneous notes of that telephone call and have determined that Plaintiffs have mischaracterized my statements.

5. During that telephone call, I did not, as Plaintiffs have said, state that the Crane Letter was withdrawn on "procedural grounds" or sponsor in any way the existence of a "Labrador Interpretation" of Idaho's abortion laws on these matters.

6. To the contrary, I explained repeatedly that the Attorney General's office has no position on the matters addressed in the Crane Letter because that letter has been withdrawn and nothing has been presented that would require the Attorney General to formulate a position or policy on the matter.

7. Plaintiffs asked about whether one could infer from the withdrawal of the Crane Letter that the Attorney General had ruled out that interpretation of Idaho law.

8. I responded and clarified that it is not possible to make any inferences about what the Attorney General's opinion might or might not be or whether the Attorney General had ruled in or ruled out any interpretation of Idaho law.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 20, 2023.

By: <u>/s/ Lincoln Davis Wilson</u>
LINCOLN DAVIS WILSON

SECOND DECLARATION OF LINCOLN DAVIS WILSON – 3