RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief of Civil and Constitutional Defense

BRIAN V. CHURCH, ISB #9391
TIMOTHY J. LONGFIELD, ISB #12201
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
brian.church@ag.idaho.gov
timothy.longfield@ag.idaho.gov
*Attorneys for Defendants Raúl Labrador; and Prosecutors for Bannock, Benewah, Bingham, Bonner, Elmore, Fremont, Jerome, Kootenai, Latah, Lemhi, Lewis, Owyhee, Payette, and Washington Counties*

**UNITED STATE DISTRICT COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians and patients, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his capacity as the Attorney General of the State of Idaho, *et al*,<br><br>Defendants. | Case No. 1:23-cv-00142-BLW<br><br>**AMENDED NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Lincoln Davis Wilson, Chief of Civil Litigation and Constitutional Defense, hereby appears as an attorney of record for Defendants Raúl Labrador; Stephen Herzog, Bannock County Prosecutor; Mariah Dunham,

Benewah County Prosecutor; Paul Rogers, Bingham County Prosecutor; Louis Marshall, Bonner County; Shondi Lott, Elmore County Prosecutor; Lindsey Blake, Fremont County Prosecutor; Brad Calbo, Jerome County Prosecutor; Stanley Mortensen, Kootenai County Prosecutor; Bill Thompson, Latah County Prosecutor; Bruce Withers, Lemhi County Prosecutor; Zachary Pall, Lewis County; Chris Topmiller, Owyhee County Prosecutor; Mike Duke, Payette County Prosecutor; Delton Walker, Washington County Prosecutor. All future pleadings, submissions and correspondence should be addressed to Lincoln Davis Wilson as counsel for the aforementioned Defendants.

DATED: April 21, 2023.

        STATE OF IDAHO
        OFFICE OF THE ATTORNEY GENERAL

By: /s/ *Lincoln Davis Wilson*
    LINCOLN D. WILSON
    Chief, Civil Litigation and
    Constitutional Defense

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 21, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Colleen R. Smith
csmith@stris.com

Jennifer R. Sandman*
jennifer.sandman@ppfa.org

Catherine Peyton Humphreville*
catherine.humphreville@ppfa.org

Michael J. Bartlett
michael@bartlettfrench.com

Dina Flores-Brewer
dfloresbrewer@acluidaho.org

Andrew Beck*
abeck@aclu.org

Meagan Burrows*
mburrows@aclu.org

Ryan Mendías*
rmendias@aclu.org

Scarlet Kim*
scarletk@aclu.org

Peter G. Neiman*
peter.neiman@wilmerhale.com

Alan E. Schoenfeld*
alan.schoenfeld@wilmerhale.com

Michelle Nicole Diamond*
michelle.diamond@wilmerhale.com

Rachel E. Craft*
rachel.craft@wilmerhale.com

Katherine V. Mackey*
katherine.mackey@wilmerhale.com

**Pro hac vice*

/s/ *Lincoln Davis Wilson*
LINCOLN DAVIS WILSON
Deputy Attorney General