Wendy J. Olson, ISB No. 7634
STOEL RIVES LLP
101 S. Capitol Blvd.
Suite 1900
Boise, ID 83702
Telephone:  208.389.9000
Facsimile:  208.389-9040
wendy.olson@stoel.com

*Counsel for Amicus Curiae
St. Luke's Health System, Ltd.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, *on behalf of itself, its staff, physicians and patients, et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>RAUL LABRADOR, *in his official capacity as Attorney General of the State of Idaho, et al.*,<br><br>*Defendants.* | Case No. 1:23-CV-142-BLW<br><br>**ERRATA** |

Amicus Curiae St. Luke's Health System, Ltd. files this Errata to correct the title of the Proposed Amicus Curiae Brief of St. Luke's Health System, Ltd. in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction and Plaintiffs' Opposition to Defendants' Motion to Dismiss.  Attached as Exhibit A is the corrected Proposed Amicus Curiae Brief of St. Luke's Health System, Ltd. in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction and Plaintiffs' Opposition to Defendants' Motion

1

to Dismiss, changing only the title.

DATED: April 21, 2023.

STOEL RIVES LLP

/s/ Wendy J. Olson
Wendy J. Olson

*Counsel for Amicus Curiae St. Luke's Health System, Ltd.*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was filed via the Court's electronic filing system on this 21st day of April 2023, to be served by operation of the electronic filing system on all ECF-registered counsel of record.

                                        /s/ Wendy J. Olson
                                        Wendy J. Olson