5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, et al. | Case No. 1:23-cv-00142-BLW |
| v. | APPLICATION FOR ADMISSION PRO HAC VICE |
| RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; et al. | |
| | Fee: $250.00 |

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Peter B. Gonick, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Amici States of Washington, Arizona, California, Colorado, Delaware, Hawai'i, Illinois, Maine, Minnesota, Nevada, New Jersey, New York, Oregon, Rhode Island, and District of Columbia.

The applicant hereby attests as follows:

1. Applicant resides in Olympia, Washington, and practices at the following address and phone number Washington State Attorney General's Office 1125 Washington Street SE, Olympia, WA 98504-0100, (360) 753-6200

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts:
United States Supreme Court
United States Court of Appeals for the Ninth Circuit
Washington State Courts

Dates:
10/13/2013
2/07/2003
12/7/1995

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. _____, a member in good standing of the bar of this court, of the firm of _____, practices at the following office address and phone number: Please see attached declaration requesting permission to appear pro hac vice without designating local counsel for the limited purpose of filing a brief on behalf of the specified States as amici curiae in support of Plaintiff.

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this 21st day of April, 2023.

/s/ Peter B. Gonick
Applicant

_____
Designee

Signed under penalty of perjury.

| | |
|---|---|
| 1 | ROBERT W. FERGUSON |
| | *Attorney General of the State of Washington* |
| 2 | |
| | PETER B. GONICK, WSBA 25616* |
| 3 | CRISTINA SEPE, WSBA 53609 |
| | *Deputy Solicitors General* |
| 4 | 1125 Washington Street SE |
| | PO Box 40100 |
| 5 | Olympia, WA 98504-0100 |
| | (360) 753-6200 |
| 6 | Peter.Gonick@atg.wa.gov |
| | Cristina.Sepe@atg.wa.gov |
| 7 | |
| | *Attorneys for Proposed Amicus Curiae State of Washington* |
| 8 | * *Pro hac vice admission pending* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
SOUTHERN DIVISION

| | | |
|---|---|---|
| 12 | PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians and patients, CAITLIN GUSTAFSON, M.D., on behalf of herself and her patients, and DARIN L. WEYHRICH, M.D., on behalf of himself and his patients, | NO. 1:23-cv-00142-BLW |
| | | **DECLARATION OF PETER B. GONICK IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE WITHOUT DESIGNATION OF LOCAL COUNSEL** |
| 16 | Plaintiffs, | |
| 17 | v. | |
| 18 | RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; MEMBERS OF THE IDAHO STATE BOARD OF MEDICINE and IDAHO STATE BOARD OF NURSING, in their official capacities, COUNTY PROSECUTING ATTORNEYS, in their official capacities, | |
| 22 | Defendants. | |

DECLARATION OF PETER B. GONICK IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

I, PETER B. GONICK, a lawyer duly admitted to the courts of the State of Washington and the Supreme Court of the United States of America, do hereby declare under penalty of perjury as follows:

1. I am a Deputy Solicitor General in the Solicitor General's Office of the Washington State Attorney General's Office. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my own personal knowledge. I am submitting this declaration in support of my application for pro hac vice without designation of local counsel for the limited purpose of appearing on behalf of Washington, Arizona, California, Colorado, Delaware, Hawai'i, Illinois, Maine, Minnesota, Nevada, New Jersey, New York, Oregon, Rhode Island, and the District of Columbia as amici curiae in this matter

2. This application is filed contemporaneously with the proposed State Amici's Motion for Leave to File Amici Curiae Brief in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, and the proposed State Amici's Brief supporting that motion.

3. The proposed Amici States do not request party status of oral argument time, and seek leave only to file an amicus brief to provide this Court with useful information that will aid the Court in resolving the pending motion. Accordingly, any order granting leave to file the amicus brief would obviate the need for local counsel.

WHEREFORE, I respectfully request to be admitted pro hac vice without the designation of local counsel for the limited purpose of appearing on behalf of proposed State Amici.

DECLARATION OF PETER B. GONICK IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

1      EXECUTED this 21st day of April, 2023 at Olympia, Washington.

2                              */s/ Peter B. Gonick*
                               PETER B. GONICK
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

DECLARATION OF PETER B. GONICK IN
SUPPORT OF APPLICATION FOR
ADMISSION PRO HAC VICE

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

<table>
<tr><td colspan="2">

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
SOUTHERN DIVISION**

</td></tr>
<tr><td>

PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians and patients, CAITLIN GUSTAFSON, M.D., on behalf of herself and her patients, and DARIN L. WEYHRICH, M.D., on behalf of himself and his patients,

Plaintiffs,

v.

RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; MEMBERS OF THE IDAHO STATE BOARD OF MEDICINE and IDAHO STATE BOARD OF NURSING, in their official capacities, COUNTY PROSECUTING ATTORNEYS, in their official capacities,

Defendants.

</td><td>

NO. 1:23-cv-00142-BLW

**ORDER FOR ADMISSION**
***PRO HAC VICE***

</td></tr>
</table>

This Court has considered the Application for Admission Pro Hac Vice of Peter B. Gonick.

**IT IS HEREBY ORDERED** that the application is granted and the applicant is granted leave to proceed without the designation of local counsel.

ORDER FOR ADMISSION
*PRO HAC VICE*

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200