ROBERT W. FERGUSON
   *Attorney General of the State of Washington*

PETER B. GONICK, WSBA 25616*
CRISTINA SEPE, WSBA 53609
   *Deputy Solicitors General*
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
Peter.Gonick@atg.wa.gov
Cristina.Sepe@atg.wa.gov
*Attorneys for Proposed Amicus Curiae State of Washington*
* *Pro hac vice application pending*

*Additional counsel for Amici States identified on the signature page*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO
# SOUTHERN DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians and patients, CAITLIN GUSTAFSON, M.D., on behalf of herself and her patients, and DARIN L. WEYHRICH, M.D., on behalf of himself and his patients,<br><br>                Plaintiffs,<br><br>                v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; MEMBERS OF THE IDAHO STATE BOARD OF MEDICINE and IDAHO STATE BOARD OF NURSING, in their official capacities, COUNTY PROSECUTING ATTORNEYS, in their official capacities,<br><br>                Defendants. | NO. 1:23-cv-00142-BLW<br><br>**MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

## I. INTRODUCTION

Proposed Amici (Amici States) request this Court allow them to file an amicus brief in support of the Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, Dkt. No. 2-1. Plaintiffs challenge Defendants' interpretation of and enforcement of Idaho Code § 18-622, which would allow Idaho to suspend a medical provider's license for referring a patient in Idaho to receive abortion care out-of-state. The Amici States seek leave to file the attached amicus brief detailing the state sovereignty concerns that support granting Plaintiffs' motion and declaring that Idaho Code § 18-622 does not apply to abortion care provided or obtained outside of Idaho, even if referred or recommended by a provider in Idaho. Given the risks that Idaho Code § 18-622 poses to Amici States and medical professionals who practice within their borders, this Court would benefit from hearing their perspectives on the extraterritorial application of a law that could have consequences for the practice of medicine generally and the availability of abortion care more specifically. This Court should grant the motion.

## II. IDENTITIES AND INTERESTS OF PROPOSED AMICI

Amici States are the States of Washington, Arizona, California, Colorado, Delaware, Hawai'i, Illinois, Maine, Minnesota, Nevada, New Jersey, New York, Oregon, Rhode Island, and the District of Columbia.

Amici States have important sovereign interests in regulating activities within their borders. *State Farm Mut. Auto. Ins. Co. v. Campbell*, 538 U.S. 408, 422 (2003). As states that are committed to protecting access to reproductive healthcare, Amici have an interest in preventing undue obstacles for patients to travel to Amici States to avail themselves of

MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

healthcare services. *See Dobbs*, 142 S. Ct. at 2309 (Kavanaugh, J., concurring) (finding it "not especially difficult as a constitutional matter" to conclude that a State may not "bar a resident of that State from traveling to another State to obtain an abortion").

Amici States also serve as providers or administrators of healthcare services to many people and offer a full range of reproductive services, including abortion. In that capacity, Amici States own and operate public hospital systems, employ healthcare personnel, and license and regulate the many healthcare providers that operate within our jurisdictions. Amici States thus have an interest in preventing uncertainties for those healthcare providers that the Attorney General's interpretation of Idaho's abortion law may cause.

### III. ARGUMENT

The district court has broad discretion to appoint amicus curiae. *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *overruled on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995). The classic role of amicus curiae is "assisting in a case of general public interest, supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration." *Miller-Wohl Co. v. Comm'r of Labor & Indus.*, 694 F.2d 203, 204 (9th Cir. 1982); *see, e.g.*, *Knox v. U.S. Dep't of Interior*, No. 4:09-cv-162-BLW, 2011 WL 2837219, at *1 (D. Idaho July 9, 2011) (granting tribes' motion to file amicus brief in case involving challenge to tribal gaming compacts with the state). An amicus may not present a "highly partisan" account of the facts, but may take a legal position and present legal arguments in support of that position. *Funbus Sys., Inc. v. State of Cal. Public Utilities Comm'n*, 801 F.2d 1120, 1125 (9th Cir. 1986) (denying motion to strike amicus briefing by States of Washington and New Jersey in case involving proper application of Administrative Procedure Act to

MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

agency regulation of intrastate motor carrier services). Courts generally consider whether the proposed amici's proffered argument is timely, useful, or otherwise necessary to the effective administration of justice. *Hoptowit*, 682 F.2d at 1260.

This Court should grant the motion. Amici States seek to provide the Court with their position on the application of law to Idaho Code § 18-622—which will necessarily impact them, their residents, and their medical providers. More specifically, the Amici States will argue that Idaho Code § 18-622, as interpreted by the Idaho Attorney General, impermissibly criminalizes abortion care in States where it is legal by construing them as "abortions in violation" of Idaho law. Further, the Amici States will argue that enforcement of Idaho Code § 18-622, as construed by Attorney General Labrador, ignores the respect and recognition Idaho owes to other states, including the Amici States, as co-equal sovereigns. Finally, the Amici States will provide the Court with facts about their own policy choices on abortion care, and the harm that could occur to them and their healthcare systems, patients, and providers due to enforcement of Idaho Code § 18-622.

Because this case indisputably involves issues of public interest and Amici States would provide information and argument "otherwise necessary to the effective administration of justice," *Hoptowit*, 682 F.2d at 1260, the Court should exercise its discretion and allow Amici States to file the attached amicus brief.

### IV.   CONCLUSION

Accordingly, Amici States respectfully request that this Court grant their motion and enter the attached proposed order and proposed amicus brief.

DATED this 21st day of April, 2023.

ROBERT W. FERGUSON
  *Attorney General of the State of Washington*

/s/ *Peter B. Gonick*
PETER B. GONICK, WSBA 25616
CRISTINA SEPE, WSBA 53609
  *Deputy Solicitors General*
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
Peter.Gonick@atg.wa.gov
Cristina.Sepe@atg.wa.gov

KRISTIN K. MAYES
  *Attorney General*
  *State of Arizona*
2005 N. Central Ave.
Phoenix, AZ 85004

ANNE E. LOPEZ
  *Attorney General*
  *State of Hawai'i*
425 Queen Street
Honolulu, HI 96813

ROB BONTA
  *Attorney General*
  *State of California*
1515 Clay Street
Oakland, CA 94612

KWAME RAOUL
  *Attorney General*
  *State of Illinois*
100 West Randolph Street
Chicago, IL 60601

PHILIP J. WEISER
  *Attorney General*
  *State of Colorado*
1300 Broadway
Denver, CO 80203

AARON M. FREY
  *Attorney General*
  *State of Maine*
6 State House Station
Augusta, ME 04333

KATHLEEN JENNINGS
  *Attorney General*
  *State of Delaware*
820 N. French Street
Wilmington, DE 19801

KEITH ELLISON
  *Attorney General*
  *State of Minnesota*
445 Minnesota Street, Suite 1400
St. Paul, MN 55101

AARON D. FORD
 *Attorney General*
 *State of Nevada*
100 North Carson Street
Carson City, NV 89701

MATTHEW J. PLATKIN
 *Attorney General*
 *State of New Jersey*
25 Market Street
Trenton, NJ 08625

LETITIA JAMES
 *Attorney General*
 *State of New York*
The Capitol
Albany, NY 12224

ELLEN F. ROSENBLUM
 *Attorney General*
 *State of Oregon*
1162 Court Street NE
Salem, OR 97301

PETER F. NERONHA
 *Attorney General*
 *State of Rhode Island*
150 South Main Street
Providence, RI 02903

BRIAN L. SCHWALB
 *Attorney General*
 *District of Columbia*
400 6th Street, NW, Suite 8100
Washington, D.C. 20001

*Counsel for Amici States*

MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF

6

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

**CERTIFICATE OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System, which will serve a copy of this document upon all counsel of record.

DATED this 21st day of April 2023, at Olympia, Washington.

*s/ Kelsi Zweifel*
Kelsi Zweifel
　*Confidential Secretary*
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
Kelsi.Zweifel@atg.wa.gov

MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF

7

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
SOUTHERN DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians and patients, CAITLIN GUSTAFSON, M.D., on behalf of herself and her patients, and DARIN L. WEYHRICH, M.D., on behalf of himself and his patients,<br><br>Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; MEMBERS OF THE IDAHO STATE BOARD OF MEDICINE and IDAHO STATE BOARD OF NURSING, in their official capacities, COUNTY PROSECUTING ATTORNEYS, in their official capacities,<br><br>Defendants. | NO. 1:23-cv-00142-BLW<br><br>**ORDER GRANTING LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

The Court, having considered the Motion for Leave to File Amici Curiae Brief in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction on behalf of the States of Washington, Arizona, California, Colorado, Delaware, Hawai'i, Illinois, Maine, Minnesota, Nevada, New Jersey, New York, Oregon, Rhode Island, and the District of Columbia, and the record and pleadings filed herein, hereby ORDERS:

That the proposed amicus brief is accepted by the Court for filing.

**IT IS SO ORDERED.**