RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief of Civil and Constitutional Defense

BRIAN V. CHURCH, ISB #9391
TIMOTHY J. LONGFIELD, ISB #12201
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
brian.church@ag.idaho.gov
timothy.longfield@ag.idaho.gov
*Attorneys for Defendant Raúl Labrador
and Certain County Prosecuting Attorneys*

## UNITED STATE DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians and patients, CAITLIN GUSTAFSON, M.D., on behalf of herself and her patients, and DARIN L. WEYHRICH, M.D., on behalf of himself and his patients,<br><br>    Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his capacity as the Attorney General of the State of Idaho; MEMBERS OF THE IDAHO STATE BOARD OF MEDICINE and IDAHO STATE BOARD OF NURSING, in their official capacities, COUNTY PROSECUTING ATTORNEYS, in their official capacities,<br><br>    Defendants. | Case No. 1:23-cv-00142-BLW<br><br>**OPPOSITION TO MOTION FOR PRO HAC VICE ADMISSION OF PETER B. GONICK** |

Peter B. Gonick, a Washington-licensed attorney, moves for pro hac vice admission to file a motion for leave to submit an amicus curiae brief on behalf of fourteen states and the District of Columbia in connection with the Court's preliminary injunction hearing later today. Mr. Gonick concedes that no Idaho-licensed attorney authorized to practice in this Court has agreed to supervise his representation. So he requests waiver of that requirement. The Court should not grant it.

Neither this Court's Local Rules nor the Idaho Rules of Professional Conduct contain an "amicus curiae" exception to the requirement that pro hac vice counsel be supervised by a local attorney. *See* Dist. Loc. R. Civ. 83.4(e); I.R.P.C. 5.5(b)(2)(iii). And when this Court has granted such waivers, it has done so on much different circumstances than this case: with advance notice, by order, on a set briefing schedule with amici curiae for both sides, and where amici sought to brief the interpretation of federal law in a case of first impression. *United States v. Idaho*, No. 1:22-cv-329-BLW, 2022 WL 3692618, Dkt. 19 (D. Idaho Aug. 9, 2022). Here, in contrast, fourteen states and the District of Columbia have, without any advance notice, submitted an eleventh-hour brief not to interpret the meaning of widely applicable federal law, but as a direct challenge to what they claim is this State's law. Fairness and good order—to say nothing of comity and a decent respect for one another as co-equal sovereigns—suggests these prospective amici should at least be able to find an Idaho-licensed attorney to sponsor their challenge.

The Court should deny the pro hac vice motion of Peter B. Gonick.

DATED: April 24, 2023.

                        STATE OF IDAHO
                        OFFICE OF THE ATTORNEY GENERAL

                By: */s/ Lincoln Davis Wilson*
                        LINCOLN DAVIS WILSON
                        Chief, Civil Litigation and
                        Constitutional Defense
                        BRIAN V. CHURCH
                        TIMOTHY LONGFIELD
                        Deputy Attorneys General

*Attorneys for Defendants Attorney General Raúl Labrador and Certain County Prosecuting Attorneys*[1]

---

[1] Jan Bennetts, Ada County; Chris Boyd, Adams County; Stephen Herzog, Bannock County; Mariah Dunham, Benewah County; Paul Rogers, Bingham County; Alex Gross, Boise County Prosecutor; Louis Marshall, Bonner County; Andrakay Pluid, Boundary County; Jim Thomas, Camas County; McCord Larsen, Cassia County; Shondi Lott, Elmore County; Trevor Misseldine, Gooding County; Lindsey Blake, Fremont County; Mark Taylor, Jefferson County; Brad Calbo, Jerome County; Stanley Mortensen, Kootenai County; Bill Thompson, Latah County; Bruce Withers, Lemhi County; Zachary Pall, Lewis County; Rob Wood, Madison County; Lance Stevenson, Minidoka County; Cody Brower, Oneida County; Chris Topmiller, Owyhee County; Mike Duke, Payette County; Benjamin Allen, Shoshone County; Grant Loebs, Twin Falls County; Brian Naugle, Valley County; and Delton Walker, Washington County.

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to all counsel of record who have appeared in this matter.

                        */s/ Lincoln Davis Wilson*
                        LINCOLN DAVIS WILSON
                        Chief, Civil Litigation and Constitutional Defense