<u>VIDEO STATUS OCNFERENCE</u>

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Date: April 7, 2023
Judge B. Lynn Winmill          Deputy Clerk: Jamie Gearhart
Case No. 1:23-cv-142           Reporter: Tammy Hohenleitner
Place: Video                   Time: 1:05 – 1:28 p.m.

<u>Planned Parenthood Great Northwest, Hawaii, Alaska, Indiana, Kentucky, et al v. Raul Labrador, et al</u>

Counsel for Plaintiffs: Peter Neiman and Colleen Smith

Counsel for Defendant Raul Labrador: Brian Church

Nancy Austin appearing on behalf of Twin Falls County

Justin Oleson appearing on behalf of Custer County

Shondi Lott appearing on behalf of Elmore County

Bradley Calbo appearing on behalf of Jerome County

Tony Sasser appearing on behalf of Madison County

The court conducted a status conference to discuss the logistics of a hearing on the pending Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. 2).