5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

|   |   |
|---|---|
| v. | ) Case No. <br> ) <br> ) APPLICATION FOR ADMISSION <br> ) PRO HAC VICE <br> ) <br> ) <br> ) Fee: $250.00 |

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, _____, hereby applies for admission pro hac vice to appear and participate in this case on behalf of _____.
Maine, Minnesota, Nevada, New Jersey, New York, Oregon, Rhode Island, and District of Columbia

The applicant hereby attests as follows:

1. Applicant resides in _____, and practices at the following address and phone number _____

2. Applicant has been admitted to practice before the following courts on the following dates:

Courts:                                                Dates:

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. _____, a member in good standing of the bar of this court, of the firm of _____, practices at the following office address and phone number:

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this _____ day of _____, _____.

_____              _____
Applicant                          Designee

Signed under penalty of perjury.