RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief of Civil and Constitutional Defense

BRIAN V. CHURCH, ISB #9391
TIMOTHY J. LONGFIELD, ISB #12201
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
brian.church@ag.idaho.gov
timothy.longfield@ag.idaho.gov

*Attorneys for Defendants Raúl Labrador; and Prosecutors for Bonneville and Idaho Counties.*

# UNITED STATE DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians and patients, *et al.*<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his capacity as the Attorney General of the State of Idaho, *et al*,<br><br>　　　　　Defendants. | Case No. 1:23-cv-00142-BLW<br><br>**AMENDED NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Brian V. Church, Deputy Attorney General, hereby appears as an attorney of record for Defendants Raúl Labrador; Randy Neal, Bonneville County Prosecutor; and Kirk MacGregor, Idaho County Prosecutor. All

AMENDED NOTICE OF APPEARANCE – 1

future pleadings, submissions and correspondence should be addressed to Brian V. Church as counsel for the aforementioned Defendants.

DATED:  April 27, 2023.

>STATE OF IDAHO
>OFFICE OF THE ATTORNEY GENERAL
>
>By:  /s/ *Brian V. Church*
>     BRIAN V. CHURCH
>     Deputy Attorney General

## CERTIFICATE OF SERVICE

I Hereby Certify that on April 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Colleen R. Smith
csmith@stris.com

Jennifer R. Sandman*
jennifer.sandman@ppfa.org

Catherine Peyton Humphreville*
catherine.humphreville@ppfa.org

Michael J. Bartlett
michael@bartlettfrench.com

Dina Flores-Brewer
dfloresbrewer@acluidaho.org

Andrew Beck*
abeck@aclu.org

Meagan Burrows*
mburrows@aclu.org

Ryan Mendías*
rmendias@aclu.org

Scarlet Kim*
scarletk@aclu.org

Peter G. Neiman*
peter.neiman@wilmerhale.com

Alan E. Schoenfeld*
alan.schoenfeld@wilmerhale.com

Michelle Nicole Diamond*
michelle.diamond@wilmerhale.com

Rachel E. Craft*
rachel.craft@wilmerhale.com

Katherine V. Mackey*
katherine.mackey@wilmerhale.com

*Pro hac vice*

    /s/ *Brian V. Church*
Brian V. Church
Deputy Attorney General

AMENDED NOTICE OF APPEARANCE – 3