RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief of Civil and Constitutional Defense

BRIAN V. CHURCH, ISB #9391
TIMOTHY J. LONGFIELD, ISB #12201
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
brian.church@ag.idaho.gov
timothy.longfield@ag.idaho.gov
*Attorneys for Defendant Raúl Labrador*

## UNITED STATE DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians and patients, CAITLIN GUSTAFSON, M.D., on behalf of herself and her patients, and DARIN L. WEYHRICH, M.D., on behalf of himself and his patients,<br><br>        Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his capacity as the Attorney General of the State of Idaho; MEMBERS OF THE IDAHO STATE BOARD OF MEDICINE and IDAHO STATE BOARD OF NURSING, in their official capacities, COUNTY PROSECUTING ATTORNEYS, in their official capacities,<br><br>        Defendants. | Case No. 1:23-cv-00142-BLW<br><br>**MOTION FOR SUPPLEMENTAL BRIEFING** |

Defendants Attorney General Raúl Labrador and the county prosecuting attorneys listed below hereby move for leave to submit supplemental briefing to address two additional matters in this litigation before the Court rules on the pending motion to dismiss and motion for preliminary injunction. These Defendants respectfully request that the Court order the parties to submit simultaneous briefs of no more than ten pages each to address the two following issues.

*First*, earlier today, the Attorney General issued the attached published, Official Attorney General Opinion under Level 3 of his opinion policy addressing his authority to prosecute violations of Idaho Code § 18-622. That opinion concludes "that the Idaho Attorney General may not bring or assist in a prosecution under Idaho Code § 18-622 unless a county prosecutor specifically so requests and an appointment is made by the district court under Idaho Code § 31-2603." AG Opinion 23-1 at 4. This is problematic for Plaintiffs' case because they do not even allege, much less attempt to show, that any county prosecutor has taken any position whatsoever about prosecutions under Idaho Code § 18-622, let alone threatened to do so under the theory of the Crane Letter. Thus, the Attorney General's formal and official denial that he has any authority to bring or assist in any such prosecution without the advance approval and request of a county prosecutor renders Plaintiffs' deficient and already-speculative theory of standing, ripeness, and irreparable harm hopelessly attenuated. Supplemental briefing is therefore warranted to address the effect of AG Opinion 23-1 on the existence of a justiciable Article III controversy in this matter.

*Second*, the undersigned Defendants are grateful for the Court's remarks at the hearing that it would not deem any defense on the merits of this case to have been waived because Defendants have defended this action solely on the ground that no Article III controversy exists.  Although it is not possible for the Attorney General to address the merits of the legal interpretation proffered in the Crane Letter because it "does not represent the views of the Attorney General on any question of Idaho law," Withdrawal Letter at 1-2, the undersigned Defendants do wish to address one issue of the merits that closely overlaps with the question of standing.  Specifically, Defendants seek the opportunity to brief the extent to which Plaintiffs' intended conduct here—counseling and referrals for out-of-state abortions—constitutes protected speech under the First Amendment.  Defendants appreciate the latitude the Court has granted to other parties in seeking leave to submit briefing on an expedited schedule that may aid in the Court's consideration of the questions in this complex matter and respectfully request its indulgence for their efforts to do so here.

The undersigned Defendants therefore respectfully request that the Court order the parties to complete simultaneous supplemental briefing on the above questions, not to exceed 10 pages per side.

/ / /

/ / /

/ / /

DATED: April 27, 2023.

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

By: /s/ Lincoln Davis Wilson
LINCOLN DAVIS WILSON
Chief, Civil Litigation and
Constitutional Defense
BRIAN V. CHURCH
TIMOTHY LONGFIELD
Deputy Attorneys General

*Attorneys for Defendants Attorney General Raúl Labrador and Certain County Prosecuting Attorneys*[1]

---

[1] Jan Bennetts, Ada County Prosecutor; Chris Boyd, Adams County Prosecutor; Adam McKenzie, Bear Lake County Prosecutor; Stephen Herzog, Bannock County Prosecutor; Mariah Dunham, Benewah County Prosecutor; Paul Rogers, Bingham County Prosecutor; Matt Fredback, Blaine County Prosecutor; Alex Gross, Boise County Prosecutor; Louis Marshall, Bonner County Prosecutor; Randy Neal, Bonneville County Prosecutor; Andrakay Pluid, Boundary County Prosecutor; Jim Thomas, Camas County Prosecutor; McCord Larsen, Cassia County Prosecutor; Tyler, E. Clayne, Clearwater County Prosecutor; Shondi Lott, Elmore County Prosecutor; Lindsey Blake, Fremont County Prosecutor; Trevor Misseldine, Gooding County Prosecutor; Kirk MacGregor, Idaho County Prosecutor; Mark Taylor, Jefferson County Prosecutor; Brad Calbo, Jerome County Prosecutor; Stanley Mortensen, Kootenai County Prosecutor; Bill Thompson, Latah County Prosecutor; Bruce Withers, Lemhi County Prosecutor; Zachary Pall, Lewis County Prosecutor; Rob Wood, Madison County Prosecutor; Lance Stevenson, Minidoka County Prosecutor; Cody Brower, Oneida County Prosecutor; Chris Topmiller, Owyhee County Prosecutor; Mike Duke, Payette County Prosecutor; Benjamin Allen, Shoshone County Prosecutor; Grant Loebs, Twin Falls County Prosecutor; Brian Naugle, Valley County Prosecutor; and Delton Walker, Washington County Prosecutor.

MOTION FOR SUPPLEMENTAL BRIEFING - 3

## CERTIFICATE OF SERVICE

      I hereby certify that on April 26, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to all counsel of record who have appeared in this matter.

                                  */s/ Lincoln Davis Wilson*
                                  LINCOLN DAVIS WILSON
                                  Chief, Civil Litigation and Constitutional Defense