RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief of Civil Litigation and Constitutional Defense

BRIAN V. CHURCH, ISB #9391
TIMOTHY J. LONGFIELD, ISB #12201
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
brian.church@ag.idaho.gov
timothy.longfield@ag.idaho.gov
*Attorneys for Defendant Raúl Labrador;
and Certain County Prosecuting Attorneys*

## UNITED STATE DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians and patients, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his capacity as the Attorney General of the State of Idaho, *et al.*,<br><br>  Defendants. | Case No. 1:23-cv-00142-BLW<br><br>**CERTAIN COUNTY PROSECUTOR DEFENDANTS' JOINDER IN MOTION TO DISMISS (Dkt. 41)** |

Defendants, County Prosecuting Attorneys Stephen Herzog, Bannock County Prosecutor; Mariah Dunham, Benewah County Prosecutor; Paul Rogers, Bingham

CERTAIN COUNTY PROSECUTOR DEFENDANTS' JOINDER IN MOTION TO DISMISS – 1

County Prosecutor; Louis Marshall, Bonner County Prosecutor; Randy Neal, Bonneville County Prosecutor; E. Clayne Tyler, Clearwater County Prosecutor; Shondi Lott, Elmore County Prosecutor; Lindsey Blake, Fremont County Prosecutor; Kirk MacGregor, Idaho County Prosecutor; Brad Calbo, Jerome County Prosecutor; Stanley Mortensen, Kootenai County Prosecutor; Bill Thompson, Latah County Prosecutor; Bruce Withers, Lemhi County Prosecutor; Zachary Pall, Lewis County Prosecutor; Chris Topmiller, Owyhee County Prosecutor; Mike Duke, Payette County Prosecutor; and Delton Walker, Washington County Prosecutor, by and through their attorneys of record, hereby join in Defendants Attorney General Raúl Labrador and certain County Prosecuting Attorneys' Motion to Dismiss filed April 14, 2023 (Dkt. 41).

DATED: April 27, 2023.

                    STATE OF IDAHO
                    OFFICE OF THE ATTORNEY GENERAL

              By: /s/ *Lincoln Davis Wilson*
                    LINCOLN DAVIS WILSON
                    Chief, Civil Litigation and
                    Constitutional Defense
                    BRIAN V. CHURCH
                    TIMOTHY LONGFIELD
                    Deputy Attorneys General

                    *Attorneys for Defendants Attorney General Raúl Labrador and Certain County Prosecuting Attorneys*

## CERTIFICATE OF SERVICE

    I Hereby Certify that on April 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Colleen R. Smith<br>csmith@stris.com | Peter G. Neiman*<br>peter.neiman@wilmerhale.com |
| Jennifer R. Sandman*<br>jennifer.sandman@ppfa.org | Alan E. Schoenfeld*<br>alan.schoenfeld@wilmerhale.com |
| Catherine Peyton Humphreville*<br>catherine.humphreville@ppfa.org | Michelle Nicole Diamond*<br>michelle.diamond@wilmerhale.com |
| Michael J. Bartlett<br>michael@bartlettfrench.com | Rachel E. Craft*<br>rachel.craft@wilmerhale.com |
| Dina Flores-Brewer<br>dfloresbrewer@acluidaho.org | Katherine V. Mackey*<br>katherine.mackey@wilmerhale.com |
| Andrew Beck*<br>abeck@aclu.org | |
| Meagan Burrows*<br>mburrows@aclu.org | |
| Ryan Mendías*<br>rmendias@aclu.org | |
| Scarlet Kim*<br>scarletk@aclu.org | |

                                          *Pro hac vice

                                     /s/ *Lincoln Davis Wilson*
                                     Lincoln Davis Wilson
                                     Chief, Civil Litigation and
                                     Constitutional Defense