RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief of Civil Litigation and
Constitutional Defense

BRIAN V. CHURCH, ISB #9391
TIMOTHY J. LONGFIELD, ISB #12201
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
brian.church@ag.idaho.gov
timothy.longfield@ag.idaho.gov
*Attorneys for Defendant Raúl Labrador
and Certain County Prosecuting Attorneys*

**UNITED STATE DISTRICT COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians and patients, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RAÚL LABRADOR, in his capacity as the Attorney General of the State of Idaho, et al., <br><br> Defendants. | Case No. 1:23-cv-00142-BLW <br><br> **NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Lincoln Davis Wilson, Chief of Civil Litigation and Constitutional Defense, hereby appears as an attorney of record for

NOTICE OF APPEARANCE - 1

Defendant Clark County Prosecuting Attorney, Janna Birch.  All future pleadings, submissions and correspondence should be addressed to Lincoln Davis Wilson as counsel for Defendant Clark County Prosecuting Attorney, Janna Birch.

DATED:  May 2, 2023.

                    STATE OF IDAHO
                    OFFICE OF THE ATTORNEY GENERAL

            By:  /s/ *Lincoln Davis Wilson*
                   LINCOLN D. WILSON
                   Chief, Civil Litigation and
                   Constitutional Defense

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 2, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Colleen R. Smith<br>csmith@stris.com | Peter G. Neiman*<br>peter.neiman@wilmerhale.com |
| Jennifer R. Sandman*<br>jennifer.sandman@ppfa.org | Alan E. Schoenfeld*<br>alan.schoenfeld@wilmerhale.com |
| Catherine Peyton Humphreville*<br>catherine.humphreville@ppfa.org | Michelle Nicole Diamond*<br>michelle.diamond@wilmerhale.com |
| Michael J. Bartlett<br>michael@bartlettfrench.com | Rachel E. Craft*<br>rachel.craft@wilmerhale.com |
| Dina Flores-Brewer<br>dfloresbrewer@acluidaho.org | Katherine V. Mackey*<br>katherine.mackey@wilmerhale.com |
| Andrew Beck*<br>abeck@aclu.org | |
| Meagan Burrows*<br>mburrows@aclu.org | |
| Ryan Mendías*<br>rmendias@aclu.org | |
| Scarlet Kim*<br>scarletk@aclu.org | |

*Pro hac vice*

/s/ *Lincoln Davis Wilson*
LINCOLN DAVIS WILSON
Deputy Attorney General

NOTICE OF APPEARANCE - 3