

RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief of Civil Litigation and
Constitutional Defense

BRIAN V. CHURCH, ISB #9391
TIMOTHY J. LONGFIELD, ISB #12201
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
brian.church@ag.idaho.gov
timothy.longfield@ag.idaho.gov
*Attorneys for Defendant Raúl Labrador
and Certain County Prosecuting Attorneys*

## UNITED STATE DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians and patients, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his capacity as the Attorney General of the State of Idaho, *et al.*,<br><br>Defendants. | Case No. 1:23-cv-00142-BLW<br><br>**NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Timothy Longfield, Deputy Attorney General, hereby appears as an attorney of record for Defendant Clark County

NOTICE OF APPEARANCE - 1

Prosecuting Attorney, Janna Birch.  All future pleadings, submissions and correspondence should be addressed to Timothy Longfield as counsel for Defendant Clark County Prosecuting Attorney, Janna Birch.

DATED:  May 2, 2023.

                              STATE OF IDAHO
                              OFFICE OF THE ATTORNEY GENERAL

                By*:*   /s/ *Timothy Longfield*
                        TIMOTHY LONGFIELD
                        Deputy Attorney General

## **CERTIFICATE OF SERVICE**

  I Hereby Certify that on May 2, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Colleen R. Smith
csmith@stris.com

Jennifer R. Sandman*
jennifer.sandman@ppfa.org

Catherine Peyton Humphreville*
catherine.humphreville@ppfa.org

Michael J. Bartlett
michael@bartlettfrench.com

Dina Flores-Brewer
dfloresbrewer@acluidaho.org

Andrew Beck*
abeck@aclu.org

Meagan Burrows*
mburrows@aclu.org

Ryan Mendías*
rmendias@aclu.org

Scarlet Kim*
scarletk@aclu.org

Peter G. Neiman*
peter.neiman@wilmerhale.com

Alan E. Schoenfeld*
alan.schoenfeld@wilmerhale.com

Michelle Nicole Diamond*
michelle.diamond@wilmerhale.com

Rachel E. Craft*
rachel.craft@wilmerhale.com

Katherine V. Mackey*
katherine.mackey@wilmerhale.com

       *Pro hac vice*

        /s/ *Timothy Longfield*
       Timothy Longfield
       Deputy Attorney General

NOTICE OF APPEARANCE - 3