Richard T. Roats
LINCOLN COUNTY PROSECUTING ATTORNEY
ISB #4237
P.O. Box 860
Shoshone, Idaho 83352
Telephone: (208)886-2454
Cell phone: (208) 886-0405
Email: prosecutor@lincolncounty.id.gov
Efile: efile@lincolncounty.id.gov
U.S. District Court filing: rtr@roatslaw.com/
      prosecutor@lincolncounty.id.gov

Attorney for Lincoln County, Idaho

# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians, and patients, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> RAÚL LABRADOR, in his capacity as the Attorney General of the State of Idaho, *et al.*, <br><br> *Defendants*. | CASE NO.  1:23-cv-00142-BLW <br><br> **NOTICE OF APPEARANCE** |

      **COMES NOW**, Richard T. Roats, Lincoln County Prosecuting Attorney, and on behalf of the Lincoln County Prosecuting Attorney's Office and in his official capacity, hereby enters this formal notice of appearance.

      DATED: May 3, 2023

                                  /s/ *Richard T. Roats*
                                  Richard T. Roats
                                  Lincoln County Prosecuting Attorney