RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief of Civil and Constitutional Defense

BRIAN V. CHURCH, ISB #9391
TIMOTHY J. LONGFIELD, ISB #12201
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
brian.church@ag.idaho.gov
timothy.longfield@ag.idaho.gov
*Attorneys for Defendant Raúl Labrador*

## UNITED STATE DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians and patients, CAITLIN GUSTAFSON, M.D., on behalf of herself and her patients, and DARIN L. WEYHRICH, M.D., on behalf of himself and his patients,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his capacity as the Attorney General of the State of Idaho; MEMBERS OF THE IDAHO STATE BOARD OF MEDICINE and IDAHO STATE BOARD OF NURSING, in their official capacities, COUNTY PROSECUTING ATTORNEYS, in their official capacities,<br><br>　　　　Defendants. | Case No. 1:23-cv-00142-BLW<br><br>**DECLARATION OF BENJAMIN ALLEN, SHOSHONE COUNTY PROSECUTING ATTORNEY** |

I, BENJAMIN ALLEN, hereby declare and state as follows:

1. I am the prosecuting attorney for Shoshone County, Idaho, and am named as a Defendant in this action.

2. The Idaho Attorney General's Office never sent me a copy of the Attorney General's March 27, 2023 letter to Representative Brent Crane (the "Crane Letter").

3. I received that letter only in connection with this litigation.

4. I did not, and do not, regard the Crane Letter as any type of guidance or directive to me or to my office from the Office of the Attorney General.

5. My office has taken no position regarding the scope of enforcement under Idaho Code § 18-622.

6. My prosecutorial decisions are based on my own independent legal duty, interpretation of the law, and discretion.

7. This is true no less with respect to any prosecution under Idaho Code § 18-622.

8. The Attorney General has no supervisory authority over my work as a prosecutor or the power to direct me to initiate any prosecution without my consent.

9. I am aware of no prosecution, or threat of prosecution, brought by anyone in my office against Plaintiffs under Idaho Code § 18-622.

10. In fact, none of the Plaintiffs in this action have facilities in my county.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 3, 2023

BENJAMIN ALLEN

DECLARATION OF BENJAMIN ALLEN – 2

## CERTIFICATE OF SERVICE

I Hereby Certify that on May 3, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Colleen R. Smith<br>csmith@stris.com | Peter G. Neiman*<br>peter.neiman@wilmerhale.com |
| Jennifer R. Sandman*<br>jennifer.sandman@ppfa.org | Alan E. Schoenfeld*<br>alan.schoenfeld@wilmerhale.com |
| Catherine Peyton Humphreville*<br>catherine.humphreville@ppfa.org | Michelle Nicole Diamond*<br>michelle.diamond@wilmerhale.com |
| Michael J. Bartlett<br>michael@bartlettfrench.com | Rachel E. Craft*<br>rachel.craft@wilmerhale.com |
| Dina Flores-Brewer<br>dfloresbrewer@acluidaho.org | Katherine V. Mackey*<br>katherine.mackey@wilmerhale.com |
| Andrew Beck*<br>abeck@aclu.org | |
| Meagan Burrows*<br>mburrows@aclu.org | |
| Ryan Mendías*<br>rmendias@aclu.org | |
| Scarlet Kim*<br>scarletk@aclu.org | |

*Pro hac vice*

/s/ *Lincoln Davis Wilson*
Lincoln Davis Wilson
Deputy Attorney General

DECLARATION OF BENJAMIN ALLEN – 3