RAÚL R. LABRADOR
ATTORNEY GENERAL

Lincoln Davis Wilson, ISB #11860
Chief of Civil and Constitutional Defense

Brian V. Church, ISB #9391
Timothy J. Longfield, ISB #12201
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
brian.church@ag.idaho.gov
timothy.longfield@ag.idaho.gov

*Attorneys for Defendants Raúl Labrador; and Prosecutors for Blaine, Franklin, Gem, and Teton Valley Counties.*

## UNITED STATE DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians and patients, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his capacity as the Attorney General of the State of Idaho, *et al*,<br><br>Defendants. | Case No. 1:23-cv-00142-BLW<br><br>**AMENDED NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Brian V. Church, Deputy Attorney General, hereby appears as an attorney of record for Defendants Raúl Labrador; Matt Fredback, Blaine County Prosecutor; Vic Pearson, Franklin County Prosecutor; Erick Thomson, Gem County Prosecutor; and Bailey Smith, Teton Valley Prosecutor. All

AMENDED NOTICE OF APPEARANCE – 1

future pleadings, submissions and correspondence should be addressed to Brian V. Church as counsel for the aforementioned Defendants.

DATED: May 4, 2023.

                    STATE OF IDAHO
                    OFFICE OF THE ATTORNEY GENERAL

By:   /s/ *Brian V. Church*
       BRIAN V. CHURCH
       Deputy Attorney General

## CERTIFICATE OF SERVICE

I Hereby Certify that on May 4, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Colleen R. Smith<br>csmith@stris.com | Peter G. Neiman*<br>peter.neiman@wilmerhale.com |
| Jennifer R. Sandman*<br>jennifer.sandman@ppfa.org | Alan E. Schoenfeld*<br>alan.schoenfeld@wilmerhale.com |
| Catherine Peyton Humphreville*<br>catherine.humphreville@ppfa.org | Michelle Nicole Diamond*<br>michelle.diamond@wilmerhale.com |
| Michael J. Bartlett<br>michael@bartlettfrench.com | Rachel E. Craft*<br>rachel.craft@wilmerhale.com |
| Dina Flores-Brewer<br>dfloresbrewer@acluidaho.org | Katherine V. Mackey*<br>katherine.mackey@wilmerhale.com |
| Andrew Beck*<br>abeck@aclu.org | |
| Meagan Burrows*<br>mburrows@aclu.org | |
| Ryan Mendías*<br>rmendias@aclu.org | |
| Scarlet Kim*<br>scarletk@aclu.org | |

*Pro hac vice*

   /s/ *Brian V. Church*
Brian V. Church
Deputy Attorney General

AMENDED NOTICE OF APPEARANCE – 3