RAÚL R. LABRADOR
ATTORNEY GENERAL

Lincoln Davis Wilson, ISB #11860
Chief of Civil and Constitutional Defense

Brian V. Church, ISB #9391
Timothy J. Longfield, ISB #12201
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
brian.church@ag.idaho.gov
timothy.longfield@ag.idaho.gov

*Attorneys for Defendants Raúl Labrador; and Prosecutors for Bear Lake, Canyon, Caribou, and Nez Perce Counties.*

**UNITED STATE DISTRICT COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians and patients, *et al.*<br><br>    Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his capacity as the Attorney General of the State of Idaho, *et al*,<br><br>    Defendants. | Case No. 1:23-cv-00142-BLW<br><br>**AMENDED NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Lincoln Davis Wilson, Chief of Civil Litigation and Constitutional Defense, hereby appears as an attorney of record for Defendants Raúl Labrador; Adam McKenzie, Bear Lake County Prosecutor; Bryan Taylor, Canyon County Prosecutor; S. Douglas Wood, Caribou County Prosecutor; and Justin

Coleman, Nez Perce County Prosecutor.  All future pleadings, submissions and correspondence should be addressed to Lincoln Davis Wilson as counsel for the aforementioned Defendants.

DATED:  May 5, 2023.

                          STATE OF IDAHO
                          OFFICE OF THE ATTORNEY GENERAL

             By:  /s/ *Lincoln Davis Wilson*
                          LINCOLN D. WILSON
                          Chief, Civil Litigation and
                          Constitutional Defense

## **CERTIFICATE OF SERVICE**

I Hereby Certify that on May 5, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Colleen R. Smith<br>csmith@stris.com | Peter G. Neiman*<br>peter.neiman@wilmerhale.com |
| Jennifer R. Sandman*<br>jennifer.sandman@ppfa.org | Alan E. Schoenfeld*<br>alan.schoenfeld@wilmerhale.com |
| Catherine Peyton Humphreville*<br>catherine.humphreville@ppfa.org | Michelle Nicole Diamond*<br>michelle.diamond@wilmerhale.com |
| Michael J. Bartlett<br>michael@bartlettfrench.com | Rachel E. Craft*<br>rachel.craft@wilmerhale.com |
| Dina Flores-Brewer<br>dfloresbrewer@acluidaho.org | Katherine V. Mackey*<br>katherine.mackey@wilmerhale.com |
| Andrew Beck*<br>abeck@aclu.org | |
| Meagan Burrows*<br>mburrows@aclu.org | |
| Ryan Mendías*<br>rmendias@aclu.org | |
| Scarlet Kim*<br>scarletk@aclu.org | |

*Pro hac vice*

/s/ *Lincoln Davis Wilson*
Lincoln Davis Wilson
Deputy Attorney General