RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief of Civil and Constitutional Defense

BRIAN V. CHURCH, ISB #9391
TIMOTHY J. LONGFIELD, ISB #12201
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
brian.church@ag.idaho.gov
timothy.longfield@ag.idaho.gov
*Attorneys for Defendant Raúl Labrador
and Certain County Prosecuting Attorneys*

### UNITED STATE DISTRICT COURT
### DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians and patients, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his capacity as the Attorney General of the State of Idaho, *et al.*,<br><br>Defendants. | Case No. 1:23-cv-00142-BLW<br><br>**CERTAIN COUNTY PROSECUTORS' MOTION TO DISMISS** |

Defendants move the Court to dismiss Plaintiffs' Complaint, Dkt. 1, under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).  As mentioned in the

memorandum in support filed herewith, County Prosecutors: Adam McKenzie, Bear Lake County; Matt Fredback, Blaine County; Bryan Taylor, Canyon County; S. Douglas Wood, Caribou County; Vic Pearson, Franklin County, Erick Thomson, Gem County, Justin Coleman, Nez Perce County; and Bailey Smith, Teton Valley County, move to dismiss for lack of subject matter jurisdiction and failure to state a claim for relief. And there isn't a single fact alleged, much less supported by declaration, against the County Prosecutors, and it is unclear what factual basis Plaintiffs had to even name all 44 Idaho County Prosecutors as Defendants. Therefore, dismissal is required and the Court should deny a preliminary injunction as to the County Prosecutors.

DATED: May 5, 2023.

> STATE OF IDAHO
> OFFICE OF THE ATTORNEY GENERAL
>
> By: /s/ Lincoln Davis Wilson
> LINCOLN DAVIS WILSON
> Chief, Civil Litigation and
> Constitutional Defense
> BRIAN V. CHURCH
> TIMOTHY LONGFIELD
> Deputy Attorneys General
>
> *Attorneys for Defendants Adam McKenzie, Bear Lake County; Matt Fredback, Blaine County; Bryan Taylor, Canyon County; S. Douglas Wood, Caribou County; Vic Pearson, Franklin County, Erick Thomson, Gem County, Justin Coleman, Nez Perce County; and Bailey Smith, Teton Valley County.*

## CERTIFICATE OF SERVICE

I Hereby Certify that on May 5, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Colleen R. Smith
csmith@stris.com

Jennifer R. Sandman*
jennifer.sandman@ppfa.org

Catherine Peyton Humphreville*
catherine.humphreville@ppfa.org

Michael J. Bartlett
michael@bartlettfrench.com

Dina Flores-Brewer
dfloresbrewer@acluidaho.org

Andrew Beck*
abeck@aclu.org

Meagan Burrows*
mburrows@aclu.org

Ryan Mendías*
rmendias@aclu.org

Scarlet Kim*
scarletk@aclu.org

Peter G. Neiman*
peter.neiman@wilmerhale.com

Alan E. Schoenfeld*
alan.schoenfeld@wilmerhale.com

Michelle Nicole Diamond*
michelle.diamond@wilmerhale.com

Rachel E. Craft*
rachel.craft@wilmerhale.com

Katherine V. Mackey*
katherine.mackey@wilmerhale.com

*Pro hac vice*

/s/ *Lincoln Davis Wilson*
Lincoln Davis Wilson
Chief, Civil Litigation and
Constitutional Defense

Motion to Dismiss and Opposition to Motion for Preliminary Injunction – 3