RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief of Civil and Constitutional Defense

BRIAN V. CHURCH, ISB #9391
TIMOTHY J. LONGFIELD, ISB #12201
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
brian.church@ag.idaho.gov
timothy.longfield@ag.idaho.gov
*Attorneys for Defendant Raúl Labrador
and Certain County Prosecuting Attorneys*

**UNITED STATE DISTRICT COURT
DISTRICT OF IDAHO**

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his capacity as the Attorney General of the State of Idaho; *et al.*,<br><br>　　　　Defendants. | Case No. 1:23-cv-00142-BLW<br><br>**DECLARATION OF LINCOLN DAVIS WILSON** |

DECLARATION OF LINCOLN DAVIS WILSON – 1

I, LINCOLN DAVIS WILSON, declare and state as follows:

1. I am a Deputy Attorney General and Chief of Civil Litigation and Constitutional Defense for the Idaho Attorney General.

2. Attached hereto as Exhibit A is a true and correct copy of email correspondence between myself and counsel for Plaintiffs.

3. Attached hereto as Exhibit B is a declaration by Bailey Smith, Prosecutor for Teton Valley County.

4. Attached hereto as Exhibit C is a declaration by Adam J. McKenzie, Prosecutor for Bear Lake County.

5. Attached hereto as Exhibit D is a declaration by Vic A. Pearson, Prosecutor for Franklin County.

6. Attached hereto as Exhibit E is a declaration by Bryan Taylor, Prosecutor for Canyon County.

7. Attached hereto as Exhibit F is a declaration by Justin Coleman, Prosecutor for Nez Perce County.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 5, 2023.

By: */s/ Lincoln Davis Wilson*
      LINCOLN DAVIS WILSON

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to all counsel of record who have appeared in this matter.

/s/ Lincoln Davis Wilson
LINCOLN DAVIS WILSON
Chief, Civil Litigation and Constitutional Defense