| | |
|---|---|
| **From:** | Lincoln Wilson |
| **Sent:** | Friday, May 5, 2023 2:46 PM |
| **To:** | Neiman, Peter |
| **Cc:** | Craft, Rachel E.; James Rankin |
| **Subject:** | RE: Service on Prosecutors |

Peter,

An update to my email from yesterday, the following prosecutors also accept the proposed agreement re service and response dates:

- S. Douglas Wood, Caribou County
- Adam McKenzie, Bear Lake County
- Bryan Taylor, Canyon County
- Justin Coleman, Nez Perce County

Thanks,



Lincoln Davis Wilson | Division Chief
Civil Litigation and Constitutional Defense
Office of the Attorney General | State of Idaho
M: 208-809-1077 | W: ag.idaho.gov

**From:** Lincoln Wilson
**Sent:** Thursday, May 4, 2023 3:11 PM
**To:** Neiman, Peter <Peter.Neiman@wilmerhale.com>
**Cc:** Craft, Rachel E. <Rachel.Craft@wilmerhale.com>; James Rankin <James.Rankin@ag.idaho.gov>
**Subject:** RE: Service on Prosecutors

Peter,

Thanks for this and sorry for my delayed reply. I was waiting to respond until I had heard from everyone, but that is proving difficult, so let me provide an interim response. The following prosecutors agree to accept service effective as of last Friday with their response deadline to run 21 days from same:

- Matt Fredback, Blaine Cnty
- Vic Pearson, Franklin Cnty
- Erick Thomson, Gem Cnty
- Bailey Smith, Teton Valley Cnty

I will let you know when I hear back from the others. Thanks for working with us on this.

**EXHIBIT A**



Lincoln Davis Wilson | Division Chief
Civil Litigation and Constitutional Defense
Office of the Attorney General | State of Idaho
M: 208-809-1077 | W: ag.idaho.gov

**From:** Neiman, Peter <Peter.Neiman@wilmerhale.com>
**Sent:** Friday, April 28, 2023 9:58 AM
**To:** Lincoln Wilson <Lincoln.Wilson@ag.idaho.gov>
**Cc:** Craft, Rachel E. <Rachel.Craft@wilmerhale.com>
**Subject:** RE: Service on Prosecutors

Lincoln,

Thanks for your call yesterday. We agree that it would be constructive to have service removed as an issue, since we believe all defendants have ample notice of the case. We are happy to give the County Prosecutors you represent 21 days from today to respond to the complaint, in exchange for their agreement not to contest that they were served as of the date of service reflected on the docket.

Thanks,

Peter


**From:** Lincoln Wilson <Lincoln.Wilson@ag.idaho.gov>
**Sent:** Thursday, April 27, 2023 4:42 PM
**To:** Neiman, Peter <Peter.Neiman@wilmerhale.com>; Craft, Rachel E. <Rachel.Craft@wilmerhale.com>
**Subject:** Service on Prosecutors

**EXTERNAL SENDER**

Thanks for speaking. Here is what I can tell you at this time.

- Adam McKenzie for Bear Lake and Matt Fredback for Blaine would be open to withdrawing their service objections in exchange for an extension of time to respond, as discussed.

- Bailey Smith for Teton is open to executing the waiver of service if acceptable to Plaintiffs.



Lincoln Davis Wilson | Division Chief
Civil Litigation and Constitutional Defense
Office of the Attorney General | State of Idaho
M: 208-809-1077 | W: ag.idaho.gov

**NOTICE:** This message, including any attachments, is intended only for the individual(s) or entity(ies) named above and may contain information that is confidential, privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you are not the intended recipient, please reply to the sender that you have received this transmission in error, and then please delete this email.