RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief of Civil and Constitutional Defense

BRIAN V. CHURCH, ISB #9391
TIMOTHY J. LONGFIELD, ISB #12201
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
brian.church@ag.idaho.gov
timothy.longfield@ag.idaho.gov
*Attorneys for Defendant Raúl Labrador*

## UNITED STATE DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTH-WEST, HAWAII, ALASKA, INDIANA, KEN-TUCKY, on behalf of itself, its staff, physicians and patients, CAITLIN GUSTAFSON, M.D., on behalf of herself and her patients, and DARIN L. WEYHRICH, M.D., on behalf of himself and his patients, | Case No. 1:23-cv-00142-BLW |
| | **DECLARATION OF JUSTIN J. COLEMAN, Prosecuting Attorney Nez Perce County** |
| Plaintiffs, | |
| v. | |
| RAÚL LABRADOR, in his capacity as the Attorney General of the State of Idaho; MEMBERS OF THE IDAHO STATE BOARD OF MEDICINE and IDAHO STATE BOARD OF NURSING, in their official capacities, COUNTY PROSECUTING ATTORNEYS, in their official capacities, | |
| Defendants. | |

**EXHIBIT F**

I, JUSTIN J. COLEMAN, hereby declare and state as follows:

1.     I am the Prosecuting Attorney for Nez Perce County, Idaho; and I am named as a Defendant in this action.

2.     The Idaho Attorney General's Office never sent me a copy of the Attorney General's March 27, 2023 letter to Representative Brent Crane (the "Crane Letter").

3.     I received the Crane Letter only in connection with this litigation.

4.     I did not, and do not, regard the Crane Letter as any type of guidance or directive to me or to my office from the Office of the Attorney General.

5.     Prosecutorial decisions are based on my own independent legal duty, interpretation of the law, and discretion.

6.     My office takes no position regarding the scope of enforcement under Idaho Code § 18-622.

7.     This is true no less with respect to any prosecution under Idaho Code § 18-622.

8.     The Attorney General has no supervisory authority over my work as a prosecutor or the power to direct me to initiate any prosecution without my consent.

9.     I am unaware of any prosecution, or threat of prosecution, brought by anyone in my office against Plaintiffs under Idaho Code § 18-622.

10.    None of the Plaintiffs in this action have facilities in Nez Perce County.


I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 5 2023

JUSTIN J. COLEMAN

Declaration of Justin Coleman – 2