Richard T. Roats
LINCOLN COUNTY PROSECUTING ATTORNEY
ISB #4237
P.O. Box 860
Shoshone, Idaho 83352
Telephone: (208)886-2454
Cell phone: (208) 886-0405
Email: prosecutor@lincolncounty.id.gov
Efile: efile@lincolncounty.id.gov
U.S. District Court filing: rtr@roatslaw.com/
  prosecutor@lincolncounty.id.gov

Attorney for Lincoln County, Idaho

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians, and patients, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>RAÚL LABRADOR, in his capacity as the Attorney General of the State of Idaho, *et al.*,<br><br>*Defendants*. | CASE NO. 1:23-cv-00142-BLW<br><br>**NOTICE OF DEFENDANT LINCOLN COUNTY JOINING IN DEFENDANTS' MOTION TO DISMISS** |

**COMES NOW**, Richard T. Roats, Lincoln County Prosecuting Attorney, and on behalf of the Lincoln County Prosecuting Attorney's Office joins in Defendants' Motion to Dismiss docket number 127.

DATED: May 8, 2023

/s/ Richard T. Roats
Richard T. Roats
Lincoln County Prosecuting Attorney