RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief of Civil Litigation and Constitutional Defense

BRIAN V. CHURCH, ISB #9391
TIMOTHY J. LONGFIELD, ISB #12201
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
brian.church@ag.idaho.gov
timothy.longfield@ag.idaho.gov
*Attorneys for Defendant Raúl Labrador;
and Certain County Prosecuting Attorneys*

## UNITED STATE DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians and patients, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his capacity as the Attorney General of the State of Idaho, *et al.*,<br><br>Defendants. | Case No. 1:23-cv-00142-BLW<br><br>**CERTAIN COUNTY PROSECUTOR DEFENDANTS' JOINDER IN MOTION TO DISMISS (Dkt. 127)** |

Defendants, County Prosecuting Attorneys Jan Bennetts, Ada County; Chris Boyd, Adams County; Stephen Herzog, Bannock County; Mariah Dunham, Benewah County; Paul Rogers, Bingham County; Alex Gross, Boise County; Louis Marshall,

CERTAIN COUNTY PROSECUTOR DEFENDANTS' JOINDER IN MOTION TO DISMISS – 1

Bonner County; Randy Neal, Bonneville County; Andrakay Pluid, Boundary County; Jim Thomas, Camas County; McCord Larsen, Cassia County; Janna Birch, Clark County; E. Clayne Tyler, Clearwater County; Lindsey Blake, Fremont County Prosecutor; Trevor Misseldine, Gooding County; Kirk MacGregor, Idaho County Prosecutor; Mark Taylor, Jefferson County; Brad Calbo, Jerome County Prosecutor; Stanley Mortensen, Kootenai County Prosecutor; Bill Thompson, Latah County Prosecutor; Bruce Withers, Lemhi County Prosecutor; Zachary Pall, Lewis County Prosecutor; Rob Wood, Madison County; Lance Stevenson, Minidoka County; Cody Brower, Oneida County; Chris Topmiller, Owyhee County Prosecutor; Mike Duke, Payette County Prosecutor; Benjamin Allen, Shoshone County; Grant Loebs, Twin Falls County, Brian Naugle, Valley County; and Delton Walker, Washington County Prosecutor, hereby join in the motion to dismiss by certain county prosecutors under Rule 12(b)(1) and Rule 12(b)(6). Dkt. 127.

DATED:  May 8, 2023.

                    STATE OF IDAHO
                    OFFICE OF THE ATTORNEY GENERAL

            By*:*   */s/ Lincoln Davis Wilson*
                    LINCOLN DAVIS WILSON
                    Chief, Civil Litigation and
                    Constitutional Defense
                    BRIAN V. CHURCH
                    TIMOTHY LONGFIELD
                    Deputy Attorneys General

                    *Attorneys for Defendants Attorney General Raúl Labrador and Certain County Prosecuting Attorneys*

## CERTIFICATE OF SERVICE

I Hereby Certify that on May 8, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Colleen R. Smith<br>csmith@stris.com | Peter G. Neiman*<br>peter.neiman@wilmerhale.com |
| Jennifer R. Sandman*<br>jennifer.sandman@ppfa.org | Alan E. Schoenfeld*<br>alan.schoenfeld@wilmerhale.com |
| Catherine Peyton Humphreville*<br>catherine.humphreville@ppfa.org | Michelle Nicole Diamond*<br>michelle.diamond@wilmerhale.com |
| Michael J. Bartlett<br>michael@bartlettfrench.com | Rachel E. Craft*<br>rachel.craft@wilmerhale.com |
| Dina Flores-Brewer<br>dfloresbrewer@acluidaho.org | Katherine V. Mackey*<br>katherine.mackey@wilmerhale.com |
| Andrew Beck*<br>abeck@aclu.org | |
| Meagan Burrows*<br>mburrows@aclu.org | |
| Ryan Mendías*<br>rmendias@aclu.org | |
| Scarlet Kim*<br>scarletk@aclu.org | |

*Pro hac vice*

/s/ *Lincoln Davis Wilson*
Lincoln Davis Wilson
Chief, Civil Litigation and
Constitutional Defense