RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief of Civil and Constitutional Defense

BRIAN V. CHURCH, ISB #9391
TIMOTHY J. LONGFIELD, ISB #12201
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
brian.church@ag.idaho.gov
timothy.longfield@ag.idaho.gov
*Attorneys for Defendant Raúl Labrador*
*and Certain County Prosecuting Attorneys*

## UNITED STATES DISTRICT
## COURT DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTH-WEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians and patients, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his capacity as the Attorney General of the State of Idaho, *et al.*,<br><br>Defendants. | Case No. 1:23-cv-00142-BLW<br><br>**MOTION TO DISMISS BY DEFENDANT JASON MACKRILL** |

Defendant Jason Mackrill, Power County Prosecuting Attorney, hereby moves the Court to dismiss Plaintiffs' Complaint, Dkt. 1, under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).  In support of this motion, Mr. Mackrill hereby incorporates by reference the prior briefing submitted by Defendants in this matter, *see* Dkts. 42, 85, 107, 127, and proffers the attached Declaration.

DATED:  May 9, 2023.

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL


By:   */s/ Lincoln Davis Wilson*
LINCOLN DAVIS WILSON
Chief, Civil Litigation and
Constitutional Defense
BRIAN V. CHURCH
TIMOTHY LONGFIELD
Deputy Attorneys General

*Attorneys for Defendant Jason Mackrill*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 9, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to all counsel of record.


/s/ *Lincoln Davis Wilson*
LINCOLN DAVIS WILSON
Chief, Civil Litigation and Constitutional Defense