RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief of Civil and Constitutional Defense

BRIAN V. CHURCH, ISB #9391
TIMOTHY J. LONGFIELD, ISB #12201
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
brian.church@ag.idaho.gov
timothy.longfield@ag.idaho.gov
*Attorneys for Defendant Raúl Labrador
and Certain County Prosecuting Attorneys*

# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTH-WEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, *et al.*,<br><br>     Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his capacity as the Attorney General of the State of Idaho; *et al.*,<br><br>     Defendants. | Case No. 1:23-cv-00142-BLW<br><br>**NOTICE OF ERRATA** |

At the request of Plaintiffs' counsel, the undersigned County Prosecutor Defendants[1] wish to clarify that they agreed that they would not contest that they were served as of the date reflected on the docket, provided that Plaintiffs agreed that their deadline to respond to the Complaint would be 21 days from April 28, 2023.  Pursuant to that agreement, the undersigned County Prosecutor Defendants hereby withdraw the following statement from their memorandum in support of their motion to dismiss: "But because the County Prosecutors had not been served at the time of the Court's hearing, they did not have an opportunity to lodge a defense against Plaintiffs' claims."

DATED:  May 11, 2023.

        STATE OF IDAHO
        OFFICE OF THE ATTORNEY GENERAL

    By:   */s/ Lincoln Davis Wilson*
        LINCOLN DAVIS WILSON
        Chief, Civil Litigation and
        Constitutional Defense
        BRIAN V. CHURCH
        TIMOTHY LONGFIELD
        Deputy Attorneys General

*Attorneys for Defendants Attorney General Raúl Labrador and Certain County Prosecuting Attorneys*

---

[1] Adam McKenzie, Bear Lake County; Matt Fredback, Blaine County; Bryan Taylor, Canyon County; S. Douglas Wood, Caribou County; Vic Pearson, Franklin County, Erick Thomson, Gem County, Justin Coleman, Nez Perce County; Jason Mackrill, Power County; and Bailey Smith, Teton Valley County.

## CERTIFICATE OF SERVICE

      I hereby certify that on May 11, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to all counsel of record who have appeared in this matter.

                                              */s/ Lincoln Davis Wilson*
                                              LINCOLN DAVIS WILSON
                                              Chief, Civil Litigation and Constitutional Defense