RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief of Civil and Constitutional Defense

BRIAN V. CHURCH, ISB #9391
TIMOTHY J. LONGFIELD, ISB #12201
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
brian.church@ag.idaho.gov
timothy.longfield@ag.idaho.gov
*Attorneys for Defendant Raúl Labrador
and Certain County Prosecuting Attorneys*

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his capacity as the Attorney General of the State of Idaho; *et al.*,<br><br>    Defendants. | Case No. 1:23-cv-00142-BLW<br><br>**DEFENDANTS' SIXTH NOTICE OF SUPPLEMENTAL DECLARATIONS REGARDING SUBJECT MATTER JURISDICTION** |

The undersigned Defendants submit the attached declarations of county prosecutors in connection with the Court's "independent obligation to determine whether subject-matter jurisdiction exists, even in the absence of a challenge from any party." *Arbaugh v. Y & H Corp.*, 546 U.S. 500, 514 (2006); *Ex parte McCardle*, 7 Wall. 506, 514 (1868).  These declarations further show, consistent with the arguments in Defendants' briefing,[1] that this action does not present a justiciable Article III controversy.

These declarations have been executed by the following county prosecutors:  S. Douglas Wood, Caribou County; Zachary Pall, Lewis County; and Delton Walker, Washington County.  The undersigned Defendants anticipate submitting further supplemental declarations under separate cover as they become available.

//

//

---

[1] *See, e.g.*, Dkt. 42 at 4 ("[T]he Crane Letter was not law enforcement guidance sent out publicly to local prosecutors … nor was it ever published by the Office of the Attorney General.") (quotation omitted); Dkt. 42 at 18 ("Plaintiffs do not allege that the Attorney General sent the letter to anyone else, much less to the county prosecutors or the state licensing boards, each of which act independent of the Attorney General."); Dkt. 85 at 5 ("They do not contend that any of the 44 county prosecutors they sued have threatened them or anyone else under the Crane Letter theory."); Dkt. 107 at 1 ("[T]he officials who *have* prosecutorial authority have said and done nothing."); *id.* at 6 ("[N]o county prosecutor or state licensing board has taken any action or expressed any position about the theory of prosecution in the Crane Letter. Nor do Plaintiffs allege otherwise."); *id.* at 8 & n.4 ("Plaintiffs have not shown any relevant action by county prosecutors anywhere, but it is even more troubling for prosecutors in the 41 other c§ounties" where Plaintiffs have no facilities).

DATED:  May 12, 2023.

        STATE OF IDAHO
        OFFICE OF THE ATTORNEY GENERAL

By*:*   */s/ Lincoln Davis Wilson*
        LINCOLN DAVIS WILSON
        Chief, Civil Litigation and
        Constitutional Defense
        BRIAN V. CHURCH
        TIMOTHY LONGFIELD
        Deputy Attorneys General

*Attorneys for Defendants Attorney General Raúl Labrador and Certain County Prosecuting Attorneys*[2]

---

[2] Jan Bennetts, Ada County; Chris Boyd, Adams County; Stephen Herzog, Bannock County; Adam McKenzie, Bear Lake County; Mariah Dunham, Benewah County; Matt Fredback, Blaine County; Paul Rogers, Bingham County; Matt Fredback, Blaine County Prosecutor; Alex Gross, Boise County; Louis Marshall, Bonner County; Randy Neal, Bonneville County; Andrakay Pluid, Boundary County; Jim Thomas, Camas County; Bryan Taylor, Canyon County; S. Douglas Wood, Caribou County; McCord Larsen, Cassia County; Janna Birch, Clark County; E. Clayne, Clearwater County; Vic Pearson, Franklin County; Lindsay Blake, Fremont County; Erick Thomson, Gem County; Trevor Misseldine, Gooding County; Kirk MacGregor, Idaho County; Mark Taylor, Jefferson County; Brad Calbo, Jerome County; Stanley Mortensen, Kootenai County; Bill Thompson, Latah County; Bruce Withers, Lemhi County; Zachary Pall, Lewis County; Rob Wood, Madison County; Lance Stevenson, Minidoka County; Justin Coleman, Nez Perce; Cody Brower, Oneida County; Chris Topmiller, Owyhee County; Mike Duke, Payette County; Benjamin Allen, Shoshone County; Bailey Smith, Teton Valley County; Grant Loebs, Twin Falls County; Brian Naugle, Valley County; and Delton Walker, Washington County.

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to all counsel of record who have appeared in this matter.

                                                */s/ Lincoln Davis Wilson*
                                                LINCOLN DAVIS WILSON
                                                Chief, Civil Litigation and Constitutional Defense