RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief of Civil Litigation and
Constitutional Defense

BRIAN V. CHURCH, ISB #9391
TIMOTHY J. LONGFIELD, ISB #12201
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
brian.church@ag.idaho.gov
timothy.longfield@ag.idaho.gov
*Attorneys for Defendant Raúl Labrador
and Certain County Prosecuting Attorneys*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>RAÚL LABRADOR, in his capacity as the Attorney General of the State of Idaho; *et al.*, <br><br>Defendants. | Case No. 1:23-cv-00142-BLW <br><br> **NOTICE OF APPEAL** |

      Defendant Raúl Labrador, in his capacity as Attorney General for the State of Idaho, hereby appeals the district court's July 31, 2023 Memorandum Decision and Order [153] granting Plaintiffs' motion for preliminary injunction against him.

FORM 1 INFORMATION

- Date case was first filed in U.S. District Court: April 5, 2023
- Date of judgment or order being appealed: July 31, 2023
- Docket entry number of judgment or order appealed from: 153 (Memorandum Decision and Order)
- Docketing fee of $505 paid to the U.S. District Court for the District of Idaho.
- Appellant: Defendant Raúl Labrador
- This is not a cross-appeal
- A representation statement follows on the next page.

DATED: August 1, 2023.

        STATE OF IDAHO
        OFFICE OF THE ATTORNEY GENERAL

        By: /s/ *Lincoln Davis Wilson*
            LINCOLN DAVIS WILSON
            Chief, Civil Litigation and
            Constitutional Defense
            BRIAN V. CHURCH
            TIMOTHY LONGFIELD
            Deputy Attorneys General

        *Attorneys for Defendant Attorney General Raúl Labrador*

REPRESENTATION STATEMENT

I. **Counsel for Appellant**

LINCOLN DAVIS WILSON
Chief of Civil Litigation and Constitutional Defense
lincoln.wilson@ag.idaho.gov

BRIAN V. CHURCH
Deputy Attorney General
brian.church@ag.idaho.gov

TIMOTHY LONGFIELD
Deputy Attorney General
tim.longfield@ag.idaho.gov

Idaho Office of the Attorney General
PO Box 83720
Boise, ID 83720-0010
(208) 334-2400

II. **Counsel for Appellees**

COLLEEN R. SMITH
Stris & Maher LLP
American Civil Liberties Union of
  Idaho Foundation Cooperating Attorney
1717 K Street NW, Suite 900
Washington, DC  20006
csmith@stris.com
T: (202) 800-5749

KATHERINE V. MACKEY
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
katherine.mackey@wilmerhale.com
T: (617) 526-6993

PETER G. NEIMAN
peter.neiman@wilmerhale.com

ALAN E. SCHOENFELD
alan.schoenfeld@wilmerhale.com

MICHELLE NICOLE DIAMOND
michelle.diamond@wilmerhale.com

RACHEL E. CRAFT
rachel.craft@wilmerhale.com

Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
New York, NY 10007
T: (212) 230-8800

JENNIFER R. SANDMAN
jennifer.sandman@ppfa.org

CATHERINE PAYTON HUMPHREVILLE
catherine.humphreville@ppfa.org

Planned Parenthood Federation of America
123 William Street
New York, NY  10038
T: (212) 965-7000

MICHAEL J. BARTLETT
Bartlett & French LLP
1002 W. Franklin Street
Boise, ID 83702
michael@bartlettfrench.com
T: (208) 629-2311

DINA FLORES-BREWER
American Civil Liberties Union of Idaho Foundation
P.O. Box 1897
Boise, ID 83701
dfloresbrewer@acluidaho.org
T: (208) 344-9750

ANDREW BECK
abeck@aclu.org

    MEAGAN BURROWS
    mburrows@aclu.org

    RYAN MENDIAS
    rmendias@aclu.org

    SCARLET KIM
    scarletk@aclu.org

    American Civil Liberties Union Foundation
    125 Broad Street, 18th Floor
    New York, NY 10004
    T: (212) 549-2633

**III.**    **Counsel for Amici States**

    PETER B. GONICK
    peter.gonick@atg.wa.gov

    CRISTINA SEPE
    christina.sepe@atg.wa.gov

    Washington Attorney General's Office
    1125 Washington Street SE
    P.O. Box 40100
    Olympia, WA  98504-0100
    T: (360) 753-6200

**IV.**    **Counsel for Amicus Curiae St. Luke's Health System, Ltd.**

    WENDY J. OLSON
    Stoel Rives LLP
    101 S. Capitol Blvd., Suite 1900
    Boise, ID 83702
    wendy.olson@stoel.com
    T: (208) 389-9000

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Colleen R. Smith<br>csmith@stris.com | Peter G. Neiman<br>peter.neiman@wilmerhale.com |
| Jennifer R. Sandman<br>jennifer.sandman@ppfa.org | Alan E. Schoenfeld<br>alan.schoenfeld@wilmerhale.com |
| Catherine Peyton Humphreville<br>catherine.humphreville@ppfa.org | Michelle Nicole Diamond<br>michelle.diamond@wilmerhale.com |
| Michael J. Bartlett<br>michael@bartlettfrench.com | Rachel E. Craft<br>rachel.craft@wilmerhale.com |
| Dina Flores-Brewer<br>dfloresbrewer@acluidaho.org | Katherine V. Mackey<br>katherine.mackey@wilmerhale.com |
| Andrew Beck<br>abeck@aclu.org | Ryan Mendías<br>rmendias@aclu.org |
| Meagan Burrows<br>mburrows@aclu.org | Scarlet Kim<br>scarletk@aclu.org |
| Peter B. Gonick<br>peter.gonick@atg.wa.gov | Cristina Sepe<br>christina.sepe@atg.wa.gov |

/s/ *Lincoln Davis Wilson*
LINCOLN DAVIS WILSON
Chief, Civil Litigation and
Constitutional Defense

NOTICE OF APPEAL – 7