RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief, Civil Litigation and Constitutional Defense

BRIAN V. CHURCH, ISB #9391
TIMOTHY J. LONGFIELD, ISB #12201
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
brian.church@ag.idaho.gov
timothy.longfield@ag.idaho.gov
*Attorneys for Defendant Raúl Labrador
and Certain County Prosecuting Attorneys*

# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians and patients, CAITLIN GUSTAFSON, M.D., on behalf of herself and her patients, and DARIN L. WEYHRICH, M.D., on behalf of himself and his patients,<br><br>   Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his capacity as the Attorney General of the State of Idaho; MEMBERS OF THE IDAHO STATE BOARD OF MEDICINE and IDAHO STATE BOARD OF NURSING, in their official capacities, COUNTY PROSECUTING ATTORNEYS, in their official capacities,<br><br>   Defendants. | Case No. 1:23-cv-00142-BLW<br><br>**EMERGENCY MOTION TO STAY PENDING APPEAL** |

Defendant Raúl Labrador, by and through undersigned counsel, hereby moves the Court for an Order staying all proceedings and all other motions in this case pending appeal of the district court's July 31, 2023, Memorandum Decision and Order, Dkt. 153, granting Plaintiff's motion for preliminary injunction against him.

DATED: August 2, 2023.

                      STATE OF IDAHO
                      OFFICE OF THE ATTORNEY GENERAL

            By:   */s/ Lincoln Davis Wilson*
                    LINCOLN DAVIS WILSON
                    Chief, Civil Litigation and
                    Constitutional Defense
                    BRIAN V. CHURCH
                    TIMOTHY LONGFIELD
                    Deputy Attorneys General

                    *Attorneys for Defendant-Appellant Attorney General Raúl Labrador*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 2, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to all counsel of record who have appeared in this matter.

                                             */s/ Lincoln Davis Wilson*
                                             LINCOLN DAVIS WILSON
                                             Chief, Civil Litigation and
                                             Constitutional Defense