FILED

AUG 4 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, On Behalf of Itself, It's Staff, Physicians and Patients; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> RAUL R. LABRADOR, In His Official Capacity as Attorney General of the State of Idaho, <br><br> Defendant-Appellant, <br><br> and <br><br> MEMBERS OF THE IDAHO STATE BOARD OF MEDICINE; et al., <br><br> Defendants. | No.  23-35518 <br><br> D.C. No. 1:23-cv-00142-BLW District of Idaho, Boise <br><br> ORDER |

The appeal filed August 1, 2023 is a preliminary injunction appeal.

Accordingly, Ninth Circuit Rule 3-3 shall apply.

The mediation questionnaire is due three days after the date of this order.

OSA165

If they have not already done so, within 7 calendar days after the filing date of this order, the parties shall make arrangements to obtain from the court reporter an official transcript of proceedings in the district court that will be included in the record on appeal.

The briefing schedule shall proceed as follows: the opening brief and excerpts of record are due no later than August 29, 2023; the answering brief is due September 26, 2023 or 28 days after service of the opening brief, whichever is earlier; and the optional reply brief is due within 21 days after service of the answering brief.  See 9th Cir. R. 3-3(b).

No streamlined extensions of time will be approved.  See 9th Cir. R. 31-2.2(a)(3).  Any request for an extension of time to file a brief must be made by written motion under Ninth Circuit Rule 31-2.2(b).

Failure to file timely the opening brief shall result in the automatic dismissal of this appeal by the Clerk for failure to prosecute.  See 9th Cir. R. 42-1.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT