RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief of Civil and Constitutional Defense

BRIAN V. CHURCH, ISB #9391
TIMOTHY J. LONGFIELD, ISB #12201
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
brian.church@ag.idaho.gov
timothy.longfield@ag.idaho.gov
*Attorneys for Defendant Raúl Labrador*

## UNITED STATE DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, its staff, physicians and patients, CAITLIN GUSTAFSON, M.D., on behalf of herself and her patients, and DARIN L. WEYHRICH, M.D., on behalf of himself and his patients,<br><br>          Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his capacity as the Attorney General of the State of Idaho; MEMBERS OF THE IDAHO STATE BOARD OF MEDICINE and IDAHO STATE BOARD OF NURSING, in their official capacities, COUNTY PROSECUTING ATTORNEYS, in their official capacities,<br><br>          Defendants. | Case No. 1:23-cv-00142-BLW<br><br>**REPLY IN SUPPORT OF MOTION TO STAY IN PENDING APPEAL** |

The Attorney General submits this short reply in support of his motion to stay all proceedings pending appeal.  Plaintiffs have indicated that they do not oppose a stay of proceedings in the district court pending appeal, provided that the preliminary injunction remains in effect and the Court rules on the other pending motions to dismiss and any associated preliminary relief.  Dkt. 163 at 4.  However, the Attorney General maintains, for the reasons set forth in his motion to stay, that all proceedings—including the Court's preliminary injunction and further decisions on the pending motions to dismiss—should be stayed pending appeal.

*First*, the preliminary injunction is just as much a part of "all proceedings" as anything else.  *See* Dkt. 155-1 at 8.  This of course was the reason that the Attorney General set forth his arguments under the familiar test for a stay of a preliminary injunction pending appeal—irreparable injury, likelihood of success, balance of harms, and public interest.  *See id.* at 1-8; *Nken v. Holder*, 556 U.S. 418 (2009).  Plaintiffs fail to offer more than a conclusory response on those points, which itself warrants a stay of the injunction.

*Second*, the Court should also stay further proceedings as to codefendants, including the County Prosecutors and the state licensing boards.  If the Court stays proceedings as to the Attorney General based on his appeal as to jurisdiction, it makes sense to extend that stay to the other defendants.  *See Burgan v. Nixon*, No. CV 16-61-BLG-CSO, 2016 WL 6584478, at *3 (D. Mont. Nov. 7, 2016).  This is so because Plaintiffs' claims against those other defendants are "intertwined" with the claims against the Attorney General and they may thus "be rendered moot by the Ninth

Circuit's ruling on appeal." *See Peck v. County of Orange*, 528 F. Supp. 3d 1100, 1106–07 (C.D. Cal. 2021). Efficiency and judicial economy warrant a stay of *all* proceedings.

Thus, for each of those reasons set forth previously, the court should stay all proceedings pending appeal, including both the preliminary injunction and further litigation in this court against any codefendants.

DATED: August 10, 2023

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

By*:*   /s/  *Lincoln Davis Wilson*
LINCOLN DAVIS WILSON
Chief of Civil Litigation and
Constitutional Defense

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 10, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Colleen R. Smith
csmith@stris.com

Peter G. Neiman
peter.neiman@wilmerhale.com

Jennifer R. Sandman
jennifer.sandman@ppfa.org

Alan E. Schoenfeld
alan.schoenfeld@wilmerhale.com

Catherine Peyton Humphreville
catherine.humphreville@ppfa.org

Michelle Nicole Diamond
michelle.diamond@wilmerhale.com

Michael J. Bartlett
michael@bartlettfrench.com

Rachel E. Craft
rachel.craft@wilmerhale.com

Dina Flores-Brewer
dfloresbrewer@acluidaho.org

Katherine V. Mackey
katherine.mackey@wilmerhale.com

Andrew Beck
abeck@aclu.org

Ryan Mendías
rmendias@aclu.org

Meagan Burrows
mburrows@aclu.org

Scarlet Kim
scarletk@aclu.org

Peter B. Gonick
peter.gonick@atg.wa.gov

Cristina Sepe
christina.sepe@atg.wa.gov

/s/ *Lincoln Davis Wilson*
LINCOLN DAVIS WILSON
Chief of Civil Litigation and
Constitutional Defense