RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief, Civil Litigation and
Constitutional Defense

BRIAN V. CHURCH, ISB #9391
TIMOTHY J. LONGFIELD, ISB #12201
Deputy Attorneys General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
brian.church@ag.idaho.gov
timothy.longfield@ag.idaho.gov
*Attorneys for Defendant Raúl Labrador
and Certain County Prosecuting Attorneys*

# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RAÚL LABRADOR, in his capacity as the Attorney General of the State of Idaho; *et al.*,<br><br>Defendants. | Case No. 1:23-cv-00142-BLW<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

      NOTICE IS HEREBY GIVEN that Deputy Attorney General Timothy Longfield, co-counsel for Defendant Raúl Labrador and Certain County Prosecutors,

NOTICE OF WITHDRAWAL OF COUNSEL – 2

hereby withdraws as an attorney of record for Defendant Raúl Labrador and Certain County Prosecutors and requests that his name be removed as attorney of record. Deputy Attorneys General Lincoln Davis Wilson and Brian V. Church will continue as counsel of record for Defendant Raúl Labrador and Certain County Prosecutors.

DATED: September 5, 2023.

                        STATE OF IDAHO
                        OFFICE OF THE ATTORNEY GENERAL

By:  */s/ Timothy Longfield*
      TIMOTHY LONGFIELD
      Deputy Attorney General

## CERTIFICATE OF SERVICE

  I hereby certify that on September 5, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Colleen R. Smith
csmith@stris.com

Jennifer R. Sandman
jennifer.sandman@ppfa.org

Catherine Peyton Humphreville
catherine.humphreville@ppfa.org

Michael J. Bartlett
michael@bartlettfrench.com

Dina Flores-Brewer
dfloresbrewer@acluidaho.org

Andrew Beck
abeck@aclu.org

Meagan Burrows
mburrows@aclu.org

Peter B. Gonick
peter.gonick@atg.wa.gov

Peter G. Neiman
peter.neiman@wilmerhale.com

Alan E. Schoenfeld
alan.schoenfeld@wilmerhale.com

Michelle Nicole Diamond
michelle.diamond@wilmerhale.com

Rachel E. Craft
rachel.craft@wilmerhale.com

Katherine V. Mackey
katherine.mackey@wilmerhale.com

Ryan Mendías
rmendias@aclu.org

Scarlet Kim
scarletk@aclu.org

Cristina Sepe
christina.sepe@atg.wa.gov

        */s/ Timothy Longfield*
        TIMOTHY LONGFIELD
        Deputy Attorney General