Colleen R. Smith (ISB No. 10023)
Stris & Maher LLP
American Civil Liberties Union of
   Idaho Foundation Cooperating Attorney
1717 K Street NW, Suite 900
Washington, DC 20006
T: 202-800-5749
csmith@stris.com

Katherine V. Mackey*
Wilmer Cutler Pickering
  Hale and Dorr LLP
60 State Street
Boston, MA 02109
T: 617-526-6993
F: 617-526-5000
katherine.mackey@wilmerhale.com

Peter G. Neiman*
Alan E. Schoenfeld*
Michelle Nicole Diamond*
Wilmer Cutler Pickering
   Hale and Dorr LLP
7 World Trade Center
New York, NY 10007
T: 212-230-8800
F: 212-230-8888
peter.neiman@wilmerhale.com
alan.schoenfeld@wilmerhale.com
michelle.diamond@wilmerhale.com

*Attorneys for Plaintiffs*

*Additional counsel for Plaintiffs
identified on following page*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| **PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY**, on behalf of itself, its staff, physicians and patients, **CAITLIN GUSTAFSON, M.D.**, on behalf of herself and her patients, and **DARIN L. WEYHRICH, M.D.**, on behalf of himself and his patients,<br><br>         Plaintiffs,<br>     v.<br><br>**RAÚL LABRADOR**, in his official capacity as Attorney General of the State of Idaho; **MEMBERS OF THE IDAHO STATE BOARD OF MEDICINE** and **IDAHO STATE BOARD OF NURSING**, in their official capacities, **COUNTY PROSECUTING ATTORNEYS**, in their official capacities,<br><br>         Defendants. | Case No. 1:23-cv-00142-BLW<br><br>**CORRECTED NOTICE OF WITHDRAWAL OF DINA M. FLORES-BREWER** |

| | |
|---|---|
| Jennifer R. Sandman* <br> Catherine Peyton Humphreville* <br> Planned Parenthood Federation of America <br> 123 William Street <br> New York, NY 10038 <br> 212-965-7000 <br> jennifer.sandman@ppfa.org <br> catherine.humphreville@ppfa.org <br><br> Michael J. Bartlett (ISB No. 5496) <br> Bartlett & French LLP <br> 1002 W Franklin St. <br> Boise, Idaho 83702 <br> T: 208-629-2311 <br> F: 208-629-2460 (fax) <br> Michael@BartlettFrench.com <br><br> *Attorneys for Plaintiff Planned Parenthood Great Northwest, Hawaii, Alaska, Indiana, Kentucky* | Andrew Beck* <br> Meagan Burrows* <br> Ryan Mendías* <br> Scarlet Kim* <br> American Civil Liberties Union Foundation <br> 125 Broad Street, 18th Floor <br> New York, NY 10004 <br> T: 212-549-2633 <br> F: 212-549-2649 <br> abeck@aclu.org <br> mburrows@aclu.org <br> rmendias@aclu.org <br> scarletk@aclu.org <br><br> *Attorneys for Physician Plaintiffs* <br> *\* Admitted pro hac vice* |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Dina M. Flores-Brewer of the ACLU of Idaho Foundation, hereby withdraws as counsel for Plaintiffs in the above-entitled action effective this date. Plaintiffs will continue to be represented by the captioned counsel.

Respectfully submitted this April 17, 2024.

ACLU OF IDAHO FOUNDATION

/s/: Dina Marie Flores- Brewer
    Dina Marie Flores-Brewer
    ISB No. 6141

NOTICE OF WITHDRAWAL      2

CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2024, I filed the foregoing electronically through the CM/ECF system, which caused Attorney General Labrador and 42 of 44 County Prosecuting Attorneys to be served via electronic means. I further certify that on such date I served the foregoing on the following non-CM/ECF registered U.S. first class mail, postage prepaid addressed as follows:

    Members of the Idaho State Board of Medicine
    Idaho State Board of Medicine
    11341 W. Chinden Blvd.
    Boise, ID 83714

    Members of the Idaho State Board of Nursing
    Idaho State Board of Nursing
    11341 W. Chinden Blvd.
    Boise, ID 83714

    Justin Oleson
    Custer County Prosecuting Attorney
    521 E. Main Ave.
    PO Box 630
    Challis, ID 83226-0630

    Paul Withers
    Lemhi County Prosecutor
    1301 Main Street, Suite 6
    Salmon, ID 83467

    /s/ Dina M. Flores-Brewer
    Dina M. Flores-Brewer
    ISB #6141