**UNITED STATES COURT OF APPEALS**

FOR THE NINTH CIRCUIT

**FILED**

DEC 26 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, On Behalf of Itself, Its Staff, Physicians and Patients; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> RAUL R. LABRADOR, In His Official Capacity as Attorney General of the State of Idaho, <br><br> Defendant - Appellant, <br><br> and <br><br> MEMBERS OF THE IDAHO STATE BOARD OF MEDICINE; et al., <br><br> Defendants. | No. 23-35518 <br><br> D.C. No. 1:23-cv-00142-BLW <br> U.S. District Court for Idaho, Boise <br><br> **MANDATE** |

The judgment of this Court, entered December 04, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $51.30.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT