UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>RAÚL LABRADOR, in his capacity as the Attorney General of the State of Idaho, *et al.*,<br><br>*Defendants*. | Case No. 1:23-cv-00142-BLW<br><br>**CONSENT DECREE** |

### RECITALS

1.   This is a Consent Decree agreed upon between Plaintiffs (Planned Parenthood Great Northwest, Hawaii, Alaska, Indiana, Kentucky; Caitlin Gustafson, M.D.; and Darin L. Weyhrich, M.D.); and the Defendants Idaho Attorney General Raúl Labrador ("Attorney General"), the Ada County Prosecuting Attorney, and the Valley County Prosecuting Attorney.

### CONSENT DECREE

2.   It is hereby ordered that the Attorney General of Idaho, the Ada County Prosecuting Attorney, and the Valley County Prosecuting Attorney shall not enforce

Idaho Code § 18-622 against Plaintiffs for the conduct of referring a woman across state lines to an abortion provider, which includes, but is not limited to, informing about, counseling about, recommending, providing a referral for, scheduling an appointment for, informing about sources of funding for, or otherwise advising or assisting an individual in learning about or obtaining, an abortion or out-of-state consultation for abortion pills where that abortion will be performed or the out-of-state prescription will be filled outside the borders of Idaho where it is legal to obtain such abortion or prescription for abortion pills.

3. This Consent Decree is imposed against the respective office holders of the Attorney General, the Ada County Prosecutor, and the Valley County Prosecutor, including their successors in office. Although no sunset clause attaches to this specific Consent Decree, the Attorney General, the Ada County Prosecutor, and the Valley County Prosecutor, can separately, jointly, or severally, seek to modify or dissolve this Consent Decree in accordance with applicable laws and rules.

4. The Court shall retain jurisdiction over this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of the Consent Decree, or to modify or dissolve the Consent Decree.

IT IS SO ORDERED.

CONSENT DECREE—2



DATED: July 17, 2025

_____
B. Lynn Winmill
U.S. District Court Judge