UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>RAÚL LABRADOR, in his capacity as the Attorney General of the State of Idaho, *et al.*,<br><br>*Defendants*. | Case No. 1:23-cv-00142-BLW<br><br>**JUDGMENT**<br><br>**Attorney General, Ada County, and Valley County** |

    The Court, finding no just reason for delay, enters the following judgment.

    1.    Plaintiffs (Planned Parenthood Great Northwest, Hawaii, Alaska, Indiana, Kentucky; Caitlin Gustafson, M.D.; and Darin L. Weyhrich, M.D.) and Defendants Idaho Attorney General Raúl Labrador ("Attorney General"), the Ada County Prosecuting Attorney, and the Valley County Prosecuting Attorney have entered into a settlement agreement, which includes no admission of liability, fault, or damages, to resolve this litigation (the "Settlement Agreement").

    2.    The Court has entered a Consent Decree as it pertains to Plaintiffs and Defendants the Attorney General of Idaho, the Ada County Prosecutor, and the Valley County Prosecutor.

3.      All remaining claims in this suit having been resolved, and this Court not awarding attorney fees or costs, this matter is CLOSED. The Court shall RE-TAIN JURISDICTION over this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of the Consent Decree and the Settlement Agreement, or to modify or dissolve the Consent Decree or the Settlement Agreement.

IT IS SO ORDERED.

DATED: July 17, 2025

_____
B. Lynn Winmill
U.S. District Court Judge