UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, KENTUCKY, on behalf of itself, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>RAÚL LABRADOR, in his capacity as the Attorney General of the State of Idaho, *et al.*,<br><br>*Defendants*. | Case No. 1:23-cv-00142-BLW<br><br>**JUDGMENT**<br><br>**Prosecuting Attorneys other than Ada County and Valley County** |

The Court, finding no just reason for delay, enters the following judgment.

1. All claims brought by Plaintiffs against the following Defendants are DISMISSED WITHOUT PREJUDICE:

   1.1. Adams County Prosecutor

   1.2. Bannock County Prosecutor

   1.3. Bear Lake County Prosecutor

   1.4. Benewah County Prosecutor

   1.5. Bingham County Prosecutor

   1.6. Blaine County Prosecutor

   1.7. Boise County Prosecutor

1.8. Bonner County Prosecutor

1.9. Bonneville County Prosecutor

1.10. Boundary County Prosecutor

1.11. Butte County Prosecutor

1.12. Camas County Prosecutor

1.13. Canyon County Prosecutor

1.14. Caribou County Prosecutor

1.15. Cassia County Prosecutor

1.16. Clark County Prosecutor

1.17. Clearwater County Prosecutor

1.18. Custer County Prosecutor

1.19. Elmore County Prosecutor

1.20. Franklin County Prosecutor

1.21. Fremont County Prosecutor

1.22. Gem County Prosecutor

1.23. Gooding County Prosecutor

1.24. Idaho County Prosecutor

1.25. Jefferson County Prosecutor

1.26. Jerome County Prosecutor

1.27. Kootenai County Prosecutor

    1.28.    Latah County Prosecutor

    1.29.    Lemhi County Prosecutor

    1.30.    Lewis County Prosecutor

    1.31.    Lincoln County Prosecutor

    1.32.    Madison County Prosecutor

    1.33.    Minidoka County Prosecutor

    1.34.    Nez Perce County Prosecutor

    1.35.    Oneida County Prosecutor

    1.36.    Owyhee County Prosecutor

    1.37.    Payette County Prosecutor

    1.38.    Power County Prosecutor

    1.39.    Shoshone County Prosecutor

    1.40.    Teton County Prosecutor

    1.41.    Twin Falls County Prosecutor

    1.42.    Washington County Prosecutor

2.    As between Plaintiffs and the above listed 42 Defendants, each party will bear its own costs and attorney fees as it relates to this lawsuit and any claim at issue in this suit between them.

IT IS SO ORDERED.

DATED: July 17, 2025

*[signature: B. Lynn Winmill]*

B. Lynn Winmill
U.S. District Court Judge